**FILED**

**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6294**

**JUDGE MORAN
MAGISTRATE JUDGE COX**

# EXHIBIT B

**CEM**

1811488-1

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**

**United States Patent and Trademark Office**

**September 28, 2007**

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,491,767* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *September 25, 2001*

SAID RECORDS SHOW TITLE TO BE IN:
*SCHNEIDER ELECTRIC SA*
*A FRANCE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cls.: 9, 11, 36 and 42

Prior U.S. Cls.: 13, 21, 23, 26, 31, 34, 36, 38, 100, 101 and 102

Reg. No. 2,491,767

## United States Patent and Trademark Office

Registered Sep. 25, 2001

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



SCHNEIDER SA (FRANCE CORPORATION)
64-70, AV. JEAN-BAPTISTE CLEMENT
F 92100 BOULOGNE BILLANCOURT, FRANCE

FOR: SCIENTIFIC, ELECTRIC AND ELECTRONIC DEVICES AND INSTRUMENTS FOR THE TRANSPORT, DISTRIBUTION, TRANSFORMATION, ACCUMULATION, REGULATION, FILTERING, MEASURING, SIGNALING, CONTROL OR OPERATION OF ELECTRIC CURRENT, NAMELY, THE ELECTRIC OR ELECTRONIC COMPONENTS FOR SUCH DEVICES AND INSTRUMENTS, NAMELY, BUS BARS, ELECTRIC CABLES, TRANSFORMERS, RECTIFIERS, SEMI-CONDUCTORS, ELECTRIC RELAYS, CONDENSERS, INDUCTANCES, CAPACITORS, FUSES, STARTERS, TIMERS, CIRCUIT BREAKERS, SAFETY SWITCHES, PRESSURE SWITCHES, PANELBOARDS, LOAD CENTERS, SWITCHBOARDS, CONTACTORS, POWER MONITORING EQUIPMENT, ELECTRIC METERING EQUIPMENT, SENSORS, ELECTRIC VEHICLE CONTROLS, VARIABLE SPEED DRIVES, CABLE TRAY, RACEWAY; AUTOMATION PRODUCTS, NAMELY, NUMERICAL CONTROL AND COMMUNICATION SYSTEMS, LOGIC CONTROLLERS; CONTROL PANELS; STATIC CONVERTERS; PROGRAMMERS; COMPUTER HARDWARE AND SOFTWARE IN THE FIELD OF ELECTRICAL DISTRIBUTION, INDUSTRIAL CONTROL AND AUTOMATION, ELECTRICAL SUPPLY SYSTEMS FOR COMPUTERS; UNINTERRUPTIBLE POWER SUPPLIES; INVERTERS; BATTERIES; ACCUMULATORS; SUPPLY, FILTERING, TRANSFORMATION, MAINTENANCE AND STORAGE DEVICES OF ELECTRIC ENERGY; AUTOMATION DISTRIBUTION MACHINES, CALCULATING MACHINES, COMPUTER AND DATA PROCESSING EQUIP-

MENT IN THE FIELD OF ELECTRICAL DISTRIBUTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: LIGHTING, HEATING, VENTILATION AND WATER TREATMENT OR DISTRIBUTION UNITS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: INSURANCE SERVICES; SAVINGS BANKS; INSURANCE SUBSCRIPTION SERVICES, BANKING; EXCHANGE AGENCIES; PORTFOLIO MANAGEMENT; LENDING AGAINST SECURITY, DEBT COLLECTION AGENCIES; ISSUING OF TRAVELER'S CHECKS AND CREDIT LETTERS; REAL ESTATE AGENCIES, NAMELY, COMMERCIAL FUND SERVICES, LEASING APARTMENT HOUSES AND APARTMENT HOUSE MANAGEMENT, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: ENGINEERING SERVICES; NON-BUSINESS PROFESSIONAL CONSTANCY AND MAKING UP OF REPORTS IN THE FIELD OF ENGINEERING SERVICES; ENGINEERING DRAWING (NOT FOR CONSTRUCTION); MATERIAL TESTING; SERVICES RENDERED BY LABORATORIES, NAMELY, PERFORMANCE TESTING FOR ELECTRICAL DISTRIBUTION AND CONTROL EQUIPMENT; RENTAL OF DISTRIBUTION APPARATUS, NAMELY, TRANSFORMERS, BUS BARS, ELECTRICAL PANELS, CIRCUIT BREAKERS AND SWITCHES; PRINTING AND COMPUTER PROGRAMMING FOR OTHERS, IN CLASS 42 (U.S. CLS. 100 AND 101).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 98752707, FILED 9-29-1998, REG. NO. 98752707, DATED 9-29-1998, EXPIRES 9-29-2008.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "ELECTRIC", APART FROM THE
MARK AS SHOWN.

SER. NO. 75-666,410, FILED 3-23-1999.

MATTHEW KLINE, EXAMINING ATTORNEY