**FILED**
**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6294**

# EXHIBIT C

**JUDGE MORAN**
**MAGISTRATE JUDGE COX**

**CEM**

1811488-1



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

September 28, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,424,546 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM  January 30, 2001

CANCELLED SECTION 8 PARTIAL & 15
CLASS(ES) CANCELLED:
   INT CL 006 AND 036

SAID RECORDS SHOW TITLE TO BE IN:
   SCHNEIDER ELECTRIC SA
   A FRANCE CORPORATION

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

Int. Cls.: 6, 9, 11, 36, 37, 39 and 42

Prior U.S. Cls.: 2, 12, 13, 14, 21, 23, 25, 26, 31, 34, 36, 38, 50, 100, 101, 102, 103, 105 and 106

Reg. No. 2,424,546

**United States Patent and Trademark Office** Registered Jan. 30, 2001

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

### SCHNEIDER ELECTRIC

SCHNEIDER SA (FRANCE CORPORATION)
64–70, AV. JEAN-BAPTISTE CLEMENT, F 92100
BOULOGNE BILLANCOURT, FRANCE

FOR: COMMON METALS AND THEIR ALLOYS; BUILDING MATERIALS OF METAL; TRANSPORTABLE BUILDINGS OF METAL; PIPES OF METAL, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: SCIENTIFIC, ELECTRIC AND ELECTRONIC DEVICES AND INSTRUMENTS FOR THE TRANSPORT, DISTRIBUTION, TRANSFORMATION, ACCUMULATION, REGULATION, FILTERING, MEASURING, SIGNALING, CONTROL OR OPERATION OF ELECTRIC CURRENT, NAMELY, THE ELECTRIC OR ELECTRONIC COMPONENTS FOR SUCH DEVICES AND INSTRUMENTS, NAMELY, BUS BARS, ELECTRIC CABLES, TRANSFORMERS, RECTIFIERS, SEMI-CONDUCTORS; ELECTRIC RELAYS; CONDENSERS; INDUCTANCES; CAPACITORS, FUSES, STARTERS, TIMERS CIRCUIT BREAKERS, SAFETY SWITCHES, PRESSURE SWITCHES, PANELBOARDS, LOAD CENTERS, SWITCHBOARDS, CONTRACTORS, POWER MONITORING EQUIPMENT, ELECTRIC METERING EQUIPMENT, SENSORS, ELECTRIC VEHICLE CONTROLS, VARIABLE SPEED DRIVES, CABLE TRAY, RACEWAY; AUTOMATION PRODUCTS, NAMELY NUMERICAL CONTROL AND COMMUNICATION SYSTEMS, LOGIC CONTROLLERS; CONTROL PANELS; STATIC CONVERTS; PROGRAMMERS; COMPUTER HARDWARE AND SOFTWARE IN THE FIELD OF ELECTRICAL DISTRIBUTION, INDUSTRIAL CONTROL AND AUTOMATION; ELECTRICAL SUPPLY SYSTEMS FOR COMPUTERS; UNINTERRUPTIBLE POWER SUPPLIES; INVERTERS; BATTERIES; ACCUMULATORS; SUPPLY, FILTERING, TRANSFORMATION, MAINTENANCE AND STORAGE DEVICES OF ELECTRIC ENERGY; AUTOMATIC DISTRIBUTION MACHINES, CALCULATING MACHINES, COMPUTER AND DATA PROCESSING EQUIPMENT IN THE FIELD OF ELECTRICAL DISTRIBUTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: LIGHTING, HEATING, VENTILATION, WATER DISTRIBUTION UNITS AND SANITARY INSTALLATIONS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: INSURANCE SERVICES; SAVINGS BANKS; INSURANCE SUBSCRIPTION SERVICES, BANKING; EXCHANGE AGENCIES, PORTFOLIO MANAGEMENT; LENDING AGAINST SECURITY, DEBT COLLECTION AGENCIES, ISSUING OF TRAVELER'S CHECKS AND CREDIT LETTERS; REAL ESTATE AGENCIES, NAMELY, COMMERCIAL FUND SERVICES, LEASING APARTMENT HOUSES; REAL ESTATE SERVICES; APARTMENT HOUSE MANAGEMENT, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: CONSTRUCTION OF BUILDINGS; PUBLIC WORKS; RENTAL OF TOOLS AND CONSTRUCTION MATERIAL; MAINTENANCE AND CLEANING OF BUILDINGS; PREMISES, FLOORS; REPAIR OF FURNITURE, INSTRUMENTS AND TOOLS, SHIPBUILDING, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FOR: DISTRIBUTION OF WATER AND ELECTRICITY; MARINE TOWING; PACKAGING OF GOODS, STORAGE; WAREHOUSING OF GOODS IN A WAREHOUSE FOR THEIR PROTECTION AND

2,424,546

GUARDING; WATER SUPPLYING; DISTRIBUTION OF NEWSPAPERS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FOR: ENGINEERING SERVICES; NON-BUSINESS PROFESSIONAL CONSULTANCY AND MAKING UP OF REPORTS IN THE FIELD OF ENGINEERING SERVICES; ENGINEERING DRAWING (NOT FOR CONSTRUCTION); MATERIAL TESTING; SERVICES RENDERED BY LABORATORIES, NAMELY, PERFORMANCE TESTING FOR ELECTRICAL DISTRIBUTION AND CONTROL EQUIPMENT; RENTAL OF DISTRIBUTION APPARATUS, NAMELY TRANSFORMERS, BUS BARS, ELECTRICAL PANELS, CIRCUIT BREAKERS AND SWITCHES; PRINTING AND COMPUTER PROGRAMMING FOR OTHERS, IN CLASS 42 (U.S. CLS. 100 AND 101).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 98/752705, FILED 9-29-1998, REG. NO. 98/752705, DATED 9-29-1998, EXPIRES 9-29-2008.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ELECTRIC", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "SCHNEIDER".

SER. NO. 75-666,219, FILED 3-23-1999.

MATTHEW KLINE, EXAMINING ATTORNEY