**FILED**
**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6294**

**JUDGE MORAN
MAGISTRATE JUDGE COX**

# EXHIBIT D

**CEM**

1811488-1

7089323

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

September 28, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,049,948* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *October 12, 1976*
*2nd* RENEWAL FOR A TERM OF *10* YEARS FROM   *October 12, 2006*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *SCHNEIDER ELECTRIC INDUSTRIES SAS*
  *A FRANCE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

Int. Cl.: 9

Prior U.S. Cl.: 21

**United States Patent and Trademark Office**  Reg. No. 1,049,948

Registered Oct. 12, 1976

10 Year Renewal  Renewal Term Begins Oct. 12, 1996

## TRADEMARK
## PRINCIPAL REGISTER



LA TELEMECANIQUE ELECTRIQUE S.A. (FRANCE CORPORATION)
33 BIS, AVENUE DE MARECHAL JOFFRE
92 NANTERRE, FRANCE

OWNER OF U.S. REG. NO. 978,479.

FOR: ELECTRICAL AND ELECTRONIC SUPERVISION, MEASURING, CONTROL, SWITCHING, TRANSMITTING, RECEIVING AND DISTRIBUTION APPARATUS AND INSTRUMENTS USED IN INDUSTRIAL CONTROL OPERATIONS; ELECTRICAL AND ELECTRONIC INSTALLATIONS FOR USE IN THE SUPERVISION, CHECKING AND AUTOMATIC REMOTE CONTROL OF INDUSTRIAL OPERATIONS AND IN THE CALCULATION AND FURNISHING OF DATA AND STATISTICAL INFORMATION, IN CLASS 9 (U.S. CL. 21).

FIRST USE 0-0-1927; IN COMMERCE 0-0-1952.

SER. NO. 73-043,349, FILED 2-3-1975.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 30, 1997.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 9

Prior U.S. Cl.: 21

# United States Patent Office

Reg. No. 1,049,948
Registered Oct. 12, 1976

## TRADEMARK
Principal Register



La Telemecanique Electrique S.A. (French corporation)
33 bis, Avenue de Marechal Joffre
92 Nanterre, France

For: ELECTRICAL AND ELECTRONIC SUPERVISION, MEASURING, CONTROL, SWITCHING, TRANSMITTING, RECEIVING AND DISTRIBUTION APPARATUS AND INSTRUMENTS USED IN INDUSTRIAL CONTROL OPERATIONS; ELECTRICAL AND ELECTRONIC INSTALLATIONS FOR USE IN THE SUPERVISION, CHECKING AND AUTOMATIC REMOTE CONTROL OF INDUSTRIAL OPERATIONS AND IN THE CALCULATION AND FURNISHING OF DATA AND STATISTICAL INFORMATION, in CLASS 9 (U.S. CL. 21).

First use 1927; in commerce 1952.

Owner of U.S. Reg. No. 978,479.

Ser. No. 43,349, filed Feb. 3, 1975.

CHARLES R. FOWLER, Supervisory Examiner

RICHARD R. STRASER, Examiner