**FILED**
**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6294**

**JUDGE MORAN**
**MAGISTRATE JUDGE COX**

# EXHIBIT E

**CEM**

1811488-1







Catalog 04

Automation and Control
The Essential Guide







