**FILED**

**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6294**



**JUDGE MORAN**
**MAGISTRATE JUDGE COX**

**CEM**

1811488-1









Free Credit Report & Score From Experian. Learn more.

**Find more items from the same seller. Bid or Buy Now!**

| | | | |
|---|---|---|---|
| TELEMECANIQUE ZB2BE101 & ZB2BE102 CONTACT BLOCKS "NEW" | TELEMECANIQUE ZB2BT4 NEW E-STOP RED MUSHROOM 50 PCS. | TELEMECANIQUE ZB2BE101 & ZB2BE102 CONTACT BLOCKS "NEW" | TELEMECANIQUE ZB2BA2 PUSHBUTTON "NEW" 100 PCS. |
| Buy It Now  US $2,100.00 | Buy It Now  US $225.00 | Buy It Now  US $225.00 | Buy It Now  US $200.00 |
| Time left   4d 13h 29m | Time left   3d 5h 58m | Time left   4d 13h 28m | Time left   3d 5h 49m |

Visit seller's Store

**Shipping and handling**

Ships to
Worldwide

Country:   United States





































































































NEW (20) NO AND (20) NC CONTACT BLOCKS

**OMRON PYF-14A RELAY SOCKETS FOR MY4 TYPE RELAYS**
20 PCS. NEW . PYF-14A SOCKETS FOR MY4 TYPE RELAYS
US $50.00 *Buy It Now*

**TELEMECANIQUE DL1CE024 INCANDESCENT REPLACEMENT LAMPS**
(100) DL1CE024 REPLACEMENT LAMPS FOR ZA2 AND ZB2
US $50.00 *Buy It Now*

**TELEMECANIQUE DL1CE012 INCANDESCENT REPLACEMENT LAMPS**
(100) DL1CE012 REPLACEMENT LAMPS FOR ZA2 AND ZB2
US $50.00 *Buy It Now*

**TELEMECANIQUE DL1CE130 INCANDESCENT REPLACEMENT LAMPS**
(100) DL1CE130 REPLACEMENT LAMPS FOR ZA2 AND ZB2
US $50.00 *Buy It Now*

**Telemecanique LC1D6511 G7 Contactor NEW IN THE BOX**
(2) NEW IN THE BOX CONTACTORS 120 VAC COIL
US $75.00 *Buy It Now*

**TELEMECANIQUE ZB2BV6 PILOT LIGHT MODULE**
(10)~ZB2BV6 DIRECT SUPPLY PILOT LIGHT MODULE
US $50.00 *Buy It Now*

Compare To compare items side-by-side, select the check boxes and click the Compare button.

Page 2 of 3
Previous  1 | 2 | 3  Next

Go to page [    ] Go



