**FILED**
**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6294**

**JUDGE MORAN**
**MAGISTRATE JUDGE COX**
**CEM**

# EXHIBIT G



Sign out

| | Buy | Sell | My eBay | Community | Help |

Site Map

All Categories  [Search]  Advanced Search

Categories ▼   Motors   Express   Stores

Java TECHNOLOGY | POWERED BY Sun

← Back to My eBay    Listed in category:  Business & Industrial > Industrial Electrical & Test > Electronic Components > Other Electronic Components

## TELEMECANIQUE LC1D25G7 CONTACTORS 5 UNITS NEW

(5) --- NEW LC1D25 G7 CONTACTORS 120 VAC COIL

Item number: 270142744712

 This item has been paid through PayPal. Payment was sent to: bill@electronicsolutionsinc.com on Jul-10-07.

[Leave Feedback >]

To let other eBay users know what your experience has been with this seller, click the **Leave Feedback** button.

**Other actions for this item:**
You can manage all your items in My eBay and do the following:
- View Order Details
- View PayPal payment for this item.
- ✉ Contact Seller about this item.

**Additional Options:**
- To view other items from this seller, view seller's other items.
- If this listing is similar to an item you want to sell, list an item like this.
- You may add this seller to your Favorite Sellers in My eBay.



1 of 2

View larger picture

| | |
|---|---|
| Sold for: | US $100.00 Auction ended early with Buy It Now. |
| Ended: | Jul-10-07 14:19:15 PDT |
| Shipping costs: | US $15.00 UPS Ground Service to United States |
| Ships to: | Worldwide |
| Item location: | Plant City, Florida, United States |
| Quantity: | 1 lot available (5 items each) |

**Meet the seller**
Seller:    123ambros ( 771 ⭐ )
Feedback: **99.9% Positive**
Member:   since Apr-24-00 in United States

- Read feedback comments
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items:
  Store | List
- Visit seller's Store:
  🏠 E.S.I OF CENTRAL FLORIDA

**Buy safely**
1. **Check the seller's reputation**
   Score: 771 | 99.9% Positive
   Read feedback comments

| | | | |
|---|---|---|---|
| Cost per item: | US $20.00 each (Not sold individually) | 2. Check how you're protected | |
| History: | 1 bid | PayPal Up to $2,000 in buyer protection. See eligibility. | |
| Buyer: | tsutomu5qsz ( 94 ) | Returns: | Seller accepts returns. 7 Days Money Back |
| You can also: | Email to a friend | | |

**Listing and payment details: Show**

**Make no payments until 2008**
on your first purchase over $50 with the new eBay MasterCard! Plus, earn rewards toward future eBay purchase wherever you shop.
See details | Apply now

## Description

Item Specifics - Item Condition
    Condition: **New**

## (5) NEW IN THE BOX LC1D25 G7 TELEMECANIQUE CONTACTORS

| | |
|---|---|
| LC1D25G7 | CONTACTOR |
| Motor voltage - three phase | 200V AC, 230V AC, 460V AC, 575V AC |
| Horsepower | 7.5 HP, 15 HP, 20 HP |
| AC coil | 120V 50/60Hz |
| Max FLC (inductive) | 25 Amps |
| No. of poles | 4 pole |
| Internal auxiliary contacts | 0 NO + 0 NC |

*Other coil voltages available specify after auction, prior to shipping to make changes*

Select a picture

 



00022

The power of protection from AOL and eBay. Learn more

## Shipping and handling

**Ships to**
Worldwide

Country: United States

| Shipping and Handling | To | Service |
|---|---|---|
| US $15.00 | United States | UPS Ground<br>1 to 6 business days* |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Shipping insurance**
Not offered

## Return policy

| Item must be returned within: | 7 Days |
|---|---|
| Refund will be given as: | Money Back |

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
|  PayPal | Seller Preferred | PayPal Up to $2,000 in buyer protection. See eligibility |
| Money order/Cashiers check | Accepted | Not Available |
| Personal check | Accepted | Not Available |

Learn about payment methods

**Seller's payment instructions**
Shipping prices are for domestic customers only. If you are an international bidder you must contact us for a shipping total.
If customer send check item will ship after check has cleared.

Contact me with any questions prior to bidding.

## Helpful information

### eBay recommended services

PayPal is the safe way to pay online. Your financial information is never shared with sellers. Plus, you get free PayPal Buyer Protection on qualified listings.

## Other options

 Back to My eBay | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

Preview the new PayPal Homepage



Log Out | Help | Security Center

| My Account | Send Money | Request Money | Merchant Services | Auction Tools |
|---|---|---|---|---|
| Overview | Add Funds | Withdraw | History | Resolution Center | Profile |

## Transaction Details

**eBay Payment Sent** (ID # 3Y6131585R900923A)

**Total Amount:** -$115.00 USD
**Date:** Jul. 10, 2007
**Time:** 16:20:00 PDT
**Status:** Completed

| Item # | Item Title | Qty | Price | Subtotal |
|---|---|---|---|---|
| 270142744712 | TELEMECANIQUE LC1D25G7 CONTACTORS 5 UNITS NEW | 1 | $100.00 USD | $100.00 USD |

Shipping & Handling via UPS Ground  $15.00 USD
Note: UPS cannot ship to P.O. Boxes
(includes any seller handling fees):

Shipping Insurance :  --

**Total:** $115.00 USD

**Shipping Address:** tsutomu shimomura
318 ski way
incline village, NV 89451
United States
Confirmed

**Payment To:** WILLIAM AMBROS   (The recipient of this payment is **Verified**)
**Seller's ID:** 123ambros
**Seller's Email:** BILL@ELECTRONICSOLUTIONSINC.COM

**Funding Type:** Credit Card
**Funding Source:** $115.00 USD - Visa Card XXXX-XXXX-XXXX-6200

This transaction will appear on your bill as "PAYPAL *BILL".

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Jul. 10, 2007 | Payment To WILLIAM AMBROS | Completed | ... | -$115.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Jul. 10, 2007 | Charge From Credit Card | Completed | Details | $115.00 USD |

Need help? If you have problems with a transaction or would like assistance settling a dispute with your seller, visit the Resolution Center. PayPal strongly recommends attempting to resolve this issue directly with the merchant or seller whenever possible.

**Description:** TELEMECANIQUE LC1D25G7 CONTACTORS 5 UNITS NEW

**Note:** Please check for my message regarding coil voltages, etc., before shipping.

Thanks!

Return to Log

Mobile | Mass Pay | Money Market | ATM/Debit Card | Referrals | About Us | Accounts | Fees | Privacy Plus Card | Security Center | Contact Us | Legal Agreements | Developers | Shops



About SSL Certificates

Copyright © 1999-2007 PayPal. All rights reserved.
Information about FDIC pass-through insurance