**FILED**
**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6294**

**JUDGE MORAN**
**MAGISTRATE JUDGE COX**

# EXHIBIT H

**CEM**



General:

The quality of the printing and molding is poor compared to the norm. The molded parts have a lot of flash and less detail.

LEFT COLUMN =
KNOWN LEGITIMATE DEVICE.

RIGHT COLUMN =
SUSPECT COUNTERFIT DEVICE.

| Page 1 – Device #4 | |
|---|---|
| No Photo of known good carton. | [image of suspect device with callouts 1 and 2] |
| | 1. The coil voltage and voltage code have been changed via small stickers.<br>2. Date Code and Country of Origin are missing. |



Schneider Electric
**North American Operating Division**
8001 Hwy. 64 East
Knightdale, NC  27545-9023
Tel 919-266-3671
Fax 919-266-4460
www.SquareD.com





Page 2 – Device #4

3. Cover has a split in the hinge that the normal device does not have.
4. Color is Pantone 300.







Page 4 – Device #4

9. Plant Code [24]
10. Human readable bar code.

11. No Plant Code.
12. Non human readable bar code.
13. Poor fit.

![Schneider Electric]



Page 5 – Device #4

14. New style latch.
15. Wide wire clamp in OPEN position.
16. Matte surface.
17. No plastic tab, clamps OPEN.

18. Old style latch.
19. Narrow clamp in CLOSED position.
20. Glossy surface.
21. Plastic tab, clamps in CLOSED position.





Page 6 – Device #4

22. Copper color (phosphor bronze?) retaining strap.
(Not Shown) – Slightly magnetic return spring, dull finish

23. Silver color retaining strap.
(Not Shown) – Magnetic return spring, gloss silver finish.



Page 7 – Device #4

24. Numbers on terminal.
25. RED magnet wire.
26. Folded over weld tab.
27. Thick bobbin.

28. No numbers on terminal.
29. Copper color magnet wire.
30. Non folded weld tabs.
31. Thin bobbin.





| Page 8 – Device #4 | |
|---|---|
| 32 | 33 |
| 32. Plant & Date Code. | 33. No coding. |



| Page 9 – Device #4 | |
|---|---|
|  | |
| 34 | 35 |
| 34. Three digit cavity no. – Sharp features. | 35. One or two digit cavity no.  Very dull features. |





Page 10 – Device #4

36. Dull spring surface.
37. Mold I.D.

38. Shinny plated springs.
39. No mold I.D.