**FILED**

**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6294**

In the Matter of                                             Case Number:

**SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A.,**

                      **Plaintiffs,**                    **Trial By Jury Demand**

v.

**ELECTRONIC SOLUTIONS, INC., and WILLIAM AMBROS,**

**JUDGE MORAN**
**MAGISTRATE JUDGE COX**

**CEM**

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

**SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A.**

| NAME (Type or print) |
| --- |
| Christopher T. Sheean |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| S/Christopher T. Sheean |

| FIRM |
| --- |
| Wildman Harrold Allen & Dixon LLP |

| STREET ADDRESS |
| --- |
| 225 West Wacker Drive |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
| --- | --- |
| 6210018 | 312-201-2997 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |
| --- | --- | --- |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐