**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

FILED
NOVEMBER 6, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 6294

| In the Matter of | Case Number: |
|---|---|
| SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A., | |
| Plaintiffs, | Trial By Jury Demand |
| v. | JUDGE MORAN |
| ELECTRONIC SOLUTIONS, INC., and WILLIAM AMBROS, | MAGISTRATE JUDGE COX |

CEM

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A.

| NAME (Type or print) |
|---|
| Brian W. Lewis |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Brian W. Lewis |
| FIRM |
| Wildman Harrold Allen & Dixon LLP |
| STREET ADDRESS |
| 225 West Wacker Drive |
| CITY/STATE/ZIP |
| Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6190792 | 312-201-2626 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]      APPOINTED COUNSEL [ ]