# United States District Court for the Northern District of Illinois

Case Number: 07cv6294    Assigned/Issued By: cem

Judge Name: MORAN    Designated Magistrate Judge: COX

## FEE INFORMATION

Amount Due:    [✓] $350.00    [ ] $39.00    [ ] $5.00
               [ ] IFP        [ ] No Fee    [ ] Other _____
               [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 2313983

Date Payment Rec'd: _____    Fiscal Clerk: _____

## ISSUANCES

[ ] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          _____
[ ] Writ _____            (Victim, Against and $ Amount)
         (Type of Writ)

2 Original and 2 copies on 11/06/07 as to ALL DEFENDANTS
                         (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05