AO 121 (6/90)

| TO: | |
|---|---|
| **COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OF DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>07 cv 6294 | DATE FILED<br>11/7/07 | UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
|---|---|---|
| PLAINTIFFS<br>Square D Company, et.al. | | DEFENDANTS<br>Schneider Electric, S.A., etal. |

| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. See attached | See attached | See attached |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following trademarks(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading | |
|---|---|---|
| **TRADEMARK NUMBER** | **DATE OF TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| CLERK    MICHAEL W. DOBBINS | (BY) DEPUTY CLERK<br>Cynthia D. Young | DATE<br>11/07/07 |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner      Copy 4 - Case file copy



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

November 20, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *215,776* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *July 27, 1926*
*3rd* RENEWAL FOR A TERM OF *20* YEARS FROM *July 27, 1986*
SECTION 8 & 15
REPUBLISHED SECTION 12C
SAID RECORDS SHOW TITLE TO BE IN:
   *SNA HOLDINGS INC.*
   *A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer

Registered July 27, 1926.             Trade-Mark 215,776

Renewed July 27, 1946 to Square D Company of Detroit, Michigan. a corporation of Michigan.

# UNITED STATES PATENT OFFICE.

SQUARE D COMPANY, OF DETROIT, MICHIGAN.

ACT OF FEBRUARY 20, 1905.

Application filed March 20, 1925. Serial No. 211,386.



## STATEMENT.

*To all whom it may concern:*

Be it known that the Square D Company, a corporation duly organized under the laws of the State of Michigan, and located in the city of Detroit, county of Wayne, and State of Michigan, and doing business at No. 6060 Rivard Street, in the said city of Detroit, has adopted for its use the trade-mark shown in the accompanying drawing, for ELECTRICAL TESTING INSTRUMENTS, AND MORE PARTICULARLY FOR VOLTAGE-TESTING DEVICES, in Class 26, Measuring and scientific appliances.

Applicant is the owner of registration No. 103,050 of March 16, 1915, granted to the Detroit Fuse and Manufacturing Company, and of registration No. 158,544 of September 5, 1922, granted to the Square D Company.

The trade-mark has been continuously used by it in its business since August, 1924.

The trade-mark is affixed to the goods by being applied to name plates or labels, which latter are secured to the goods.

                               SQUARE D COMPANY,
                                By B. D. HORTON,
                                         *President.*



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

November 21, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,651,377 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM  July 23, 1991
1st RENEWAL FOR A TERM OF 10 YEARS FROM  July 23, 2001
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
 SNA HOLDINGS INC.
 A DELAWARE CORPORATION

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer



Int. Cl.: 9

Prior U.S. Cls.: 21 and 26

**United States Patent and Trademark Office**   Reg. No. 1,651,377
Registered July 23, 1991

## TRADEMARK
### PRINCIPAL REGISTER



SQUARE D COMPANY (DELAWARE CORPORATION)
1415 SOUTH ROSELLE ROAD
PALATINE, IL 60067

FOR: ELECTRICAL AND ELECTRONIC DEVICES, ENCLOSURES AND WIRE MANAGEMENT SYSTEMS COMPRISING CIRCUIT BREAKERS, LOAD CENTERS IN THE NATURE OF NON-METALLIC ENCLOSURES INCLUDING CIRCUIT BREAKERS THEREIN, ENERGY MANAGEMENT AND GROUND FAULT PROTECTION DEVICES, FASTENERS AND WASHERS, AND WIRE CLAMPING DEVICES, IN CLASS 9 (U.S. CLS. 21 AND 26).

FIRST USE 7-17-1990; IN COMMERCE 7-17-1990.

SER. NO. 74-029,341, FILED 2-14-1990.

DOMINICK J. SALEMI, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

November 21, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION 279,120 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *30* YEARS FROM   *January 06, 1931*
3rd RENEWAL FOR A TERM OF *10* YEARS FROM   *January 06, 2001*
SECTION 8 & 15
REPUBLISHED SECTION 12C
LESS GOODS
SAID RECORDS SHOW TITLE TO BE IN:
   *SNA HOLDINGS INC.*
   *A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer



Int. Cl.: 9

Prior U.S. Cl.: 21

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 279,120
Registered Jan. 6, 1931
Renewal Approved Apr. 15, 1991

## TRADEMARK
## PRINCIPAL REGISTER

# SQUARE D

SQUARE D COMPANY (DELAWARE CORPORATION)
EXECUTIVE PLAZA
PALATINE, IL 60067, BY MERGER AND CHANGE OF NAME FROM SQUARE D COMPANY (MICHIGAN CORPORATION) DETROIT, MI

OWNER OF U.S. REG. NOS. 103,050, 241,047 AND OTHERS.

FOR: INDUSTRIAL SWITCHES, METER SERVICE SWITCHES, METER SERVICE BREAKERS, ELECTRICAL CONDUITS, ELECTRICAL CONDUIT PARTS AND FITTINGS, PANELBOARDS, SWITCHBOARDS, FUSE CABINETS, [TRANSFORMER CABINETS, OUTDOOR METER BOXES,] AUTOMATIC ELECTRIC MOTOR STARTERS, FLOAT SWITCHES PRESSURE SWITCHES [, PORCELAIN INSULATING PRODUCTS FOR ELECTRICAL USE, CONSISTING OF CLEATS, SOCKETS, ROSETTES, WALL RECEPTACLES, BASEBOARD RECEPTACLES, BUSHINGS, STRAIN INSULATORS, RADIO VACUUM TUBE SOCKETS, AND RADIO ANTENNA INSULATORS], IN CLASS 21 (INT. CL. 9).

FIRST USE 10-15-1914; IN COMMERCE 10-15-1914.

SER. NO. 71-301,308, FILED 5-26-1930.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 28, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Jan. 6, 1931                                Trade-Mark 279,120

Renewed January 6, 1951 to Square D Company, of Detroit, Michigan, a corporation of Michigan.

Republished, under the Act of 1946, October 9, 1951, by Square D Company, Detroit, Mich., a corporation of Michigan. For all goods stated in the registration except "Porcelain Insulating Products for Electrical Use, Consisting of cleats, Sockets, Rosettes, "all Receptacles, Baseboard Receptacles, Bushings, Strain Insulators, Radio Vacuum Tube Sockets, and Radio Antenna Insulators."

# UNITED STATES PATENT OFFICE

SQUARE D COMPANY, OF DETROIT, MICHIGAN

ACT OF FEBRUARY 20, 1905

Application filed May 26, 1930. Serial No. 301,308.

# SQUARE D

## STATEMENT

*To all whom it may concern:*

Be it known that Square D Company, a corporation duly organized and existing under the laws of the State of Michigan, and located in the city of Detroit, county of Wayne, Michigan, and doing business at 6060 Rivard Street, Detroit, in said county and State, has adopted for its trade-mark use the trade-mark shown in the accompanying drawing, for INDUSTRIAL SWITCHES, METER SERVICE SWITCHES, METER SERVICE BREAKERS, ELECTRICAL CONDUITS, ELECTRICAL CONDUIT PARTS AND FITTINGS, PANEL BOARDS, SWITCHBOARDS, FUSE CABINETS, ~~TRANSFORMER CABINETS, OUTDOOR METER BOXES,~~ AUTOMATIC ELECTRIC MOTOR STARTERS, FLOAT SWITCHES, PRESSURE SWITCHES, ~~PORCELAIN INSULATING PRODUCTS FOR ELECTRICAL USE, CONSISTING OF CLEATS, SOCKETS, ROSETTES, WALL RECEPTACLES, BASEBOARD RECEPTACLES, BUSHINGS, STRAIN INSULATORS, RADIO VACUUM TUBE SOCKETS, AND RADIO ANTENNA INSULATORS,~~ in Class 21, Electrical apparatus, machines, and supplies.

The trade-mark has been continuously used by it in its business since October 15, 1914.

The trade-mark is applied to the goods or to the packages containing the same by the use of a shield or plate suitably attached to the goods or is directly imprinted upon said goods or is shown on labels attached to the packages in which the goods are marketed.

Applicant is the owner of trade-mark registrations Nos. 103,050, 158,544, 215,776, 229,192 and 241,047.

SQUARE D COMPANY,
By THOMAS J. KAUFFMAN,
*President.*