**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO.   07 C 6294 |
| ELECTRONIC SOLUTIONS, INC., and WILLIAM AMBROS, | ) ) ) | Trial By Jury Demanded |
| Defendants. | ) ) ) | |

**CERTIFICATE OF COMPLIANCE**

Christopher T. Sheean, one of the attorneys of record for Plaintiffs Square D Company ("Square D") and Schneider Electric, S.A., ("Schneider Electric"), pursuant to Local Rule 16.3, hereby attests that he has supplied his clients with the materials forwarded by the Court for the Court's Lanham Act mediation program, and that he will forward a copy of the materials to counsel for defendants as soon as they are served with service of process in this matter.:

Respectfully submitted,

/s/ Christopher T. Sheean
Christopher T. Sheean (ARDC#6210018)
Brian W. Lewis (ARDC#6190792)
WILDMAN, HARROLD, ALLEN & DIXON LLP
Attorneys for Plaintiffs
Suite 2800
225 West Wacker Drive
Chicago, Illinois 60606
Telephone No. (312) 201-2000
Facsimile No. (312) 416-4659