IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A., ) ) ) Plaintiffs, ) ) v. ) ) ELECTRONIC SOLUTIONS, INC., and ) WILLIAM AMBROS, ) ) Defendants. ) | CASE NO.: 07 C 6294<br><br>Judge James B. Moran |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Square D Company ("Square D") and Schneider Electric, S.A. ("Schneider") (collectively "Plaintiffs") move pursuant to Federal Rule of Civil Procedure 65 and 15 U.S.C. § 1116(a) for a preliminary injunction against Electronic Solutions, Inc. and William Ambros (collectively, "Defendants") (1) enjoining each Defendant from directly or indirectly selling, transferring, destroying or otherwise disposing of electrical contactors, switches, circuit breakers or other electrical components in their possession that bear Plaintiffs' trademarks, including all Telemecanique models, until such time as (a) Defendants have produced a complete inventory listing all electrical components in their possession, custody or control bearing Plaintiffs' trademarks and (b) Plaintiffs have inspected at one location for each of the Defendants, the Defendant's complete inventory of electrical components bearing Plaintiffs' trademarks for the presence of counterfeit products; and (2) enjoining each Defendant from directly or indirectly selling, transferring, destroying or otherwise disposing of electrical components in their possession, custody or control bearing Plaintiffs' trademarks which Plaintiffs have inspected and determined to be counterfeit; and (3) (a) ordering Defendants to relinquish immediately to Plaintiffs any documents, computers, and electronic files that may contain information relating to

the Defendants' purchase of sale of electrical components that bear Plaintiffs' trademarks, or alternatively, (b) enjoining each Defendant from directly or indirectly destroying, altering, or otherwise disposing of any document reflecting Defendants' purchase or sale of electrical components bearing Plaintiffs' trademarks from 2004 to the present time, and ordering that each Defendant subject its computer(s) containing potentially relevant documentation to a forensic inspection and examination by Plaintiffs.  In support of its motion, Plaintiffs submit their Memorandum of Law In Support of Motion for Preliminary Injunction.

Dated: January 22, 2008                               Respectfully submitted,

**/s/ Christopher T. Sheean**
Brian W. Lewis (ARDC#6190792)
Christopher T. Sheean (ARDC#6210018)
WILDMAN, HARROLD, ALLEN & DIXON LLP
Attorneys for Plaintiffs
Suite 2800
225 West Wacker Drive
Chicago, Illinois 60606
Telephone No. (312) 201-2000
Facsimile No. (312) 201-2555