## CERTIFICATE OF SERVICE

Christopher T. Sheean, an attorney, hereby certifies that he caused a true and correct copy of the foregoing **Square D Company's Motion for Preliminary Injunction and Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction** to be served on all parties of record via CM/ECF and by U.S. Mail on Defendants at the addresses listed below, by placing a copy of same in the U.S. Mail at 225 W. Wacker Drive, Chicago, Illinois 60606 by 5:00 p.m. on the 22nd day of January, 2008.

| | |
|---|---|
| Robert Ambros | William Ambros |
| Electronic Solutions, Inc. | 2711 Airport Road |
| 2812 Barrett Avenue | Plant City, Florida  33566 |
| Plant city, Florida  33566 | |

/s/Christopher T. Sheean

Brian W. Lewis (ARDC#6190792)
Christopher T. Sheean (ARDC#6210018)
WILDMAN, HARROLD, ALLEN & DIXON LLP
Attorneys for Plaintiffs
Suite 2800
225 West Wacker Drive
Chicago, Illinois 60606
Telephone No. (312) 201-2000
Facsimile No. (312) 201-2555