IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A.,<br><br>      Plaintiffs,<br><br>v.<br><br>ELECTRONIC SOLUTIONS, INC., and WILLIAM AMBROS,<br><br>      Defendants. | CASE NO.: 07 C 6294<br><br>Judge James B. Moran |

**NOTICE OF MOTION**

TO:

Robert Ambros
Electronic Solutions, Inc.
2812 Barrett Avenue
Plant City, Florida 33566

William Ambros
2711 Airport Road
Plant City, Florida 33566

PLEASE TAKE NOTICE that on **February 13, 2008** at **9:00 a.m.**, we shall appear before the Honorable James B. Moran, or any judge sitting in his stead at 219 S. Dearborn, Chicago, Illinois, Room 1843, and then and there present **Square D Company's Motion For Preliminary Injunction and Memorandum of Law In Support of Plaintiff's Motion For Preliminary Injunction,** a copy of which is attached hereto.

Dated: January 22, 2008

Respectfully submitted,

/s/ Christopher T. Sheean
Brian W. Lewis (ARDC#6190792)
Christopher T. Sheean (ARDC#6210018)
WILDMAN, HARROLD, ALLEN & DIXON LLP
Attorneys for Plaintiffs
Suite 2800
225 West Wacker Drive
Chicago, Illinois 60606
Telephone No. (312) 201-2000
Facsimile No. (312) 201-2555

1832114