AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SQUARE D COMPANY and
SCHNEIDER ELECTRIC, S.A.,

    Plaintiffs,

V.

ELECTRONIC SOLUTIONS, INC.
and WILLIAM AMBROS,

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **07 C 6294**

ASSIGNED JUDGE: **JUDGE MORAN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

William Ambros
2711 Airport Road
Plant City, FL 33566

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher T. Sheean
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within   **20**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado* (signature)

-------------------------------
(By) DEPUTY CLERK

**November 6, 2007**
-------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

|  | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | Jan. 14, 2008   5:25 pm |
| NAME OF SERVER (PRINT) Eric J. Kolbinsky | TITLE | Private Investigator |

*Check one box below to indicate appropriate method of service*

[G] Served personally upon the defendant. Place where served: Place of business, Electronic Solutions, Inc. 2711 Airport Rd, Plant City, FL 33566

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G Returned unexecuted: _____

G Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 14 2008                    [signature]
                  *Date*                            *Signature of Server*

66 West Flagler St. Suite 401, Miami, FL 33130
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.