AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SQUARE D COMPANY and
SCHNEIDER ELECTRIC, S.A.,

    Plaintiffs,

V.

ELECTRONIC SOLUTIONS, INC.
and WILLIAM AMBROS,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07 C 6294**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE MORAN
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)
Electronic Solutions, Inc.
Robert Ambros
2812 Barrett Ave.
Plant City, FL 33566

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Christopher T. Sheean
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado* (signature)

----------------------------------------
(By) DEPUTY CLERK

**November 6, 2007**
----------------------------------------
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | Jan 4, 2008 |
| NAME OF SERVER *(PRINT)* Eric J. Kolbinsky | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Residence
605 Backwater Ct, Valrico, FL 33594

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Jan 4, 2008
                    Date

Signature of Server

Address of Server: 66 W. Flagler St, Miami, FL 33130 Suite 401

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.