## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6294 |

Square D. Company and Schneider Electric, S.A.,
Plaintiffs,
vs.
Electronic Solutions, Inc., and William Ambros,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Electronic Solutions, Inc., and William Ambros

| |
|---|
| NAME (Type or print)<br>Riccardo A. DiMonte |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Riccardo A. DiMonte |
| FIRM<br>DiMonte & Lizak, LLC |
| STREET ADDRESS<br>216 West Higgins Road |
| CITY/STATE/ZIP<br>Park Ridge, IL  60068 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6191706 | TELEPHONE  NUMBER<br>847-698-9600 / 847-698-9623 fax |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐