**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                      Case Number: 07 C 6294

Square D. Company and Schneider Electric, S.A.,
Plaintiffs,
vs.
Electronic Solutions, Inc., and William Ambros,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Electronic Solutions, Inc., and William Ambros

**FILED**
FEB 13 2008    FEB 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Liza B. Balistreri |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Liza B. Balistreri |

| FIRM |
|---|
| DiMonte & Lizak, LLC |

| STREET ADDRESS |
|---|
| 216 West Higgins Road |

| CITY/STATE/ZIP |
|---|
| Park Ridge, IL  60068 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6288990 | 847-698-9600 / 847-698-9623 fax |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐