Order Form (01/2005)

Case 1:07-cv-06294  Document 19  Filed 02/13/2008  Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6294 | **DATE** | 2/13/2008 |
| **CASE TITLE** | SQUARE D COMPANY, et al vs. ELECTRONIC SOLUTIONS, INC., et al | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 4/16/2008 at 9:15 a.m. Plaintiffs' motion for preliminary injunction [10] is moot. Enter Agreed Consent Order For Preliminary injunctive Relief.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

Courtroom Deputy Initials: LG