# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                   Case Number: 07 C 6294
SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A.,
v.
ELECTRONIC SOLUTIONS, INC., and WILLIAM AMBROS

AN APPEARANCE IS HERBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A.,

| |
|---|
| NAME (Type or print) <br><br> Edward Timothy Walker |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br><br> /s/ Edward Timothy Walker |
| FIRM <br><br> Wildman, Harrold, Allen & Dixon LLP |
| STREET ADDRESS <br><br> 225 West Wacker Blvd., Suite 2800 |
| CITY/STATE/ZIP <br><br> Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6294608 | TELEPHONE NUMBER <br> 312-201-2279 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ | |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |
|---|

## **CERTIFICATE OF SERVICE**

I, E. Timothy Walker, an attorney, hereby certify that I caused a copy of the foregoing **APPEARANCE OF EDWARD TIMOTHY WALKER** to be served on counsel of record via CM/ECF and by U.S. Mail at the addresses listed below, by placing a copy of same in the U.S. Mail at 225 W. Wacker Drive, Chicago, Illinois 60606 by 5:00 p.m. on the 25th day of February, 2008:

Riccardo A. DiMonte
Di Monte and Lizak
216 W. Higgins Road
Park Ridge, IL 60068-5706

*/s/ E. Timothy Walker*