**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Square D Company, et al.
                            Plaintiff,

v.                                                               Case No.: 1:07–cv–06294
                                                               Honorable James B. Moran

Electronic Solutions, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

      MINUTE entry before Judge Honorable James B. Moran:Status hearing held on 5/7/2008 and continued to 6/10/2008 at 09:15 AM. Defendant's answer to complaint to be filed by 6/4/2008. Plaintiff will file a motion by 5/14/2008. Defendant's response due by 5/28/2008. Plaintiff's reply in support of motion due by 6/4/2008.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.