### Sheean, Christopher

| | |
|---|---|
| **From:** | Liza B. Balistreri [lbalistreri@dimontelaw.com] |
| **Sent:** | Tuesday, April 08, 2008 3:17 PM |
| **To:** | Sheean, Christopher |
| **Cc:** | Riccardo A. DiMonte |
| **Subject:** | RE: Square D. et. al. v. ESI, et. al. |

Chris,

Thank you for clarifying the time frame. My client will be available at his warehouse on April 30th from noon until 4:00 p.m. for the inspection.

Please confirm that you will execute a confidentiality agreement restricting the use of the information obtained to this litigation only.

Mr. Ambros will continue to agree to the terms of the preliminary injunction order, which enjoins him from selling any products bearing the Square D, Schneider Electric, Telemecanique and/or Merlin Gerin marks. He will make any purchase records (hard copies and/or electronic records) available for the inspection.

### Liza B. Balistreri
DiMonte & Lizak, LLC
216 Higgins Road
Park Ridge, IL  60068
Phone: (847) 698-9600
Fax: (847) 698-9623

---

**From:** Sheean, Christopher [mailto:sheean@wildman.com]
**Sent:** Monday, April 07, 2008 2:02 PM
**To:** Liza B. Balistreri
**Cc:** Riccardo A. DiMonte
**Subject:** RE: Square D. et. al. v. ESI, et. al.

Liza,

I won't really know how long the inspection will take until we get down there and see what's there. We are planning on getting to ESI about 12, conducting the inspection, and leaving no later than 4 p.m. The 4/30 date was one of the dates your client proposed, which is why we selected it.

Please also confirm that your client will agree to the terms of the preliminary injunction consent decree. Specifically, that he will cease and desist from offering to sell or selling any products bearing the Square D, Schneider Electric, Telemecanique and/or Merlin Gerin marks. Also, please confirm that he will make available and refrain from destroying all records of purchases and sales since January 1, 2006, as well as all computer or electronic records. Please note that this request covers ESI, ESI of Central Florida, Inc., pushbuttonsdirect, Source Automation, and any other companies that Mr. Ambros has owned or operated since January 1, 2006.

Chris

### Christopher T. Sheean
**Wildman Harrold Allen & Dixon LLP**
225 W. Wacker Drive
Suite 2800
Chicago, Illinois 60606
T: (312) 201-2997

                                EXHIBIT B