







| | Item | | Price | Shipping | Time Left |
|---|---|---|---|---|---|
| | TELEMECANIQUE / SQUARED LRD10 OVERLOAD RELAY "NEW"<br>(5) -- " NEW" LRD10 OVERLOAD RELAY 4 -- 6 AMP | P  Buy It Now | $75.00 | $15.00 | 22h 35m |
| | TELEMECANIQUE / SQUARED LC1D8011G7 CONTACTOR 2-PCS NEW<br>(2)--" NEW" LC1D8011 G7 CONTACTOR WITH 120 VAC COIL | P  Buy It Now | $100.00 | $15.00 | 1d 16h 41m |
| | TELEMECANIQUE / SQUARED LC1D1210 F7 "NEW" 20 PCS LOT<br>(20)--"NEW" LC1D1210 F7 CONTACTOR WITH 110 V COIL | P  Buy It Now | $300.00 | Free | 3d 38m |
| | TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J<br>(10)-- "NEW" XCK-J10541 LIMIT SWITCH 3A 240VAC | P  Buy It Now | $200.00 | $15.00 | 3d 02h 01m |
| | TELEMECANIQUE / SQUARED LC1D2510G7 CONTACTOR 5-UNITS<br>(5) ---"NEW" LC1D2510 G7 CONTACTOR 120 VAC COIL | P  Buy It Now | $100.00 | $15.00 | 15h 12m |
| | IDEC ABW111B PUSHBUTTON (22mm BLACK FLUSH) 25 PCS.NEW<br>(25)--"NEW" 22mm BLACK FLUSH MOMENTARY 1-NO 1-NC | P  Buy It Now | $100.00 | $15.00 | 1d 16h 42m |
| | TELEMECANIQUE / SQUARED LC1F225 110VAC COIL CONTACTOR<br>NEW TELEMECANIQUE LC1F225 110VAC COIL CONTACTOR | P  Buy It Now | $200.00 | $25.00 | 21h 51m |

TELEMECANIQUE ZB2BA2 PUSHBUTTON



| Item | Price | Shipping | Time Left |
|---|---|---|---|
| "NEW" 50 PCS.<br>22mm BLACK NON-ILL FLUSH PUSHBUTTON WITH COLLAR 50 PCS | $150.00 | $15.00 | 2d 04h 28m |
| TELEMECANIQUE ZB2BE101 & ZB2BE102 CONTACT BLOCKS "NEW"<br>(250) NO AND (250) NC CONTACT BLOCKS "NEW" 500 PCS | $600.00 | $25.00 | 2d 12h 11m |
| "NEW" MERLIN GERIN 3-POLE 100 AMP BREAKERS 15 Pcs<br>(15) --"NEW" MERLIN GERIN 3-POLE 100 AMP BREAKERS | $250.00 | $25.00 | 3d 01h 57m |
| TELEMECANIQUE / SQUARED LC1D6511F7 CONTACTOR 2-PCS NEW<br>(2)--" NEW" LC1D6511 F7 CONTACTOR WITH 110 VAC COIL | $75.00 | $15.00 | 3d 01h 59m |
| TELEMECANIQUE ZB2BD3 3-POSITION SELECTOR SWITCH 25 PCS<br>(25)--22mm BLACK 3-POSITION MAINTAINED SELECTOR SWITCH | $125.00 | $15.00 | 4d 11m |
| TELEMECANIQUE / SQUARED LC1D1210 F7 "NEW" 20 PCS LOT<br>(20)--"NEW" LC1D1210 F7 CONTACTOR WITH 110 V COIL | $300.00 | Free | 4d 13h 39m |
| TELEMECANIQUE "NEW" LC1D1810F7 CONTACTOR 12 UNITS<br>(12) --- "NEW" LC1D1810 F7 CONTACTORS 110 VAC COIL | $250.00 | $15.00 | 3d 02h 04m |



| | | | | | |
|---|---|---|---|---|---|
| Enlarge | TELEMECANIQUE / SQUARED LC1D0910F7 CONTACTOR "NEW"<br>(10)---"NEW" LC1D0910 F7 9 AMP CONTACTOR 110 V COIL | PayPal | Buy It Now | $125.00  Free | 3d 04h 21m |
| Enlarge | TELEMECANIQUE /SQUARED GV2-ME08 2.5 -4 A "NEW" 4 Pcs<br>(4) -- " NEW" GV2-ME08 2.5 - 4 amp motor protector | PayPal | Buy It Now | $75.00  $15.00 | 4d 13h 42m |
| Enlarge | TELEMECANIQUE / SQUARED LC1D3201F7 CONTACTOR 10--UNITS<br>( 10 ) "NEW" LC1D3201 F7 CONTACTOR 110 VAC COIL | PayPal | Buy It Now | $250.00  $25.00 | 3d 01h 55m |
| Enlarge | TELEMECANIQUE ZB2BE101 & ZB2BE102 CONTACT BLOCKS "NEW"<br>(500) NO AND (500) NC CONTACT BLOCKS "NEW" 1000 PCS | PayPal | Buy It Now | $1,150.00  Free | 4d 05h 29m |
| Enlarge | TELEMECANIQUE / SQUARED GV2-ME22 20-25 A "NEW" 3 Pcs<br>(3) -- " NEW" GV2-ME22 20-25 A "NEW" motor circuit | PayPal | Buy It Now | $75.00  $15.00 | 4d 13h 30m |
| Enlarge | OMRON MY4N 110 VAC GENERAL PURPOSE RELAYS, 50 PCS, New<br>50 PCS,- "NEW"--SEALED OMRON MY4N 110VAC RELAYS | PayPal | Buy It Now | $125.00  $15.00 | 4d 13m |
| Enlarge | OMRON MY4N 110 VAC GENERAL PURPOSE RELAYS, 50 PCS, New<br>50 PCS,- "NEW"--SEALED OMRON MY4N 110VAC RELAYS | PayPal | Buy It Now | $125.00  $15.00 | 4d 14m |
| | IDEC ABW111B PUSHBUTTON (22mm BLACK FLUSH) 25 PCS.NEW | | | | |



| | | | | |
|---|---|---|---|---|
| (25)--"NEW" 22mm BLACK FLUSH MOMENTARY 1-NO 1-NC | PayPal  Buy It Now | $100.00 | $15.00 | 4d 13h 44m |
| **TELEMECANIQUE LIMIT SWITCH XCMA-102 (10)-"NEW" UNITS**<br>(10)-- NEW XCMA-102 LIMIT SWITCH 3-METER CALE | Buy It Now | $200.00 | $15.00 | 4d 13h 48m |
| **TELEMECANIQUE LIMIT SWITCH XCMA-102 (10)-"NEW" UNITS**<br>(10)-- NEW XCMA-102 LIMIT SWITCH 3-METER CALE | PayPal  Buy It Now | $200.00 | $15.00 | 4d 13h 50m |
| **TELEMECANIQUE / SQUARED LA1DN11 AUX. CONTACT NEW-10 Pcs**<br>(10) UNITS --" NEW" LA1-DN11 AUX. CONTACT BLOCK | PayPal  Buy It Now | $50.00 | $15.00 | 5d 02h 48m |
| **TELEMECANIQUE "NEW" LC1D1810F7 CONTACTOR 50 UNITS**<br>(50) --- "NEW" LC1D1810 F7 CONTACTORS 110 VAC COIL | PayPal  Buy It Now | $950.00 | $25.00 | 4d 13h 32m |
| **IDEC ABW120 PUSHBUTTON (22mm GREEN FLUSH) 25 PCS.NEW**<br>(25)--"NEW" 22mm GREEN FLUSH MOMENTARY 2-NO CONTACTS | PayPal  Buy It Now | $100.00 | $15.00 | 5d 02h 46m |
| **OMRON MY4N-24VDC GENERAL PURPOSE RELAYS, 50 PCS, NIB**<br>50 PCS,- "NEW"--SEALED CARTON OMRON MY4N-24VDC RELAYS | PayPal  Buy It Now | $125.00 | $15.00 | 4d 13h 54m |





| | | | | | |
|---|---|---|---|---|---|
| | **TELEMECANIQUE "NEW" LC1D1810F7 CONTACTOR 12 UNITS**<br>(12) --- "NEW" LC1D1810 F7 CONTACTORS 110 VAC COIL<br>Enlarge | P | =Buy It Now | $250.00  $15.00 | 4d 19h 05m |
| | **TELEMECANIQUE "NEW" LC1D1810F7 CONTACTOR 12 UNITS**<br>(12) --- "NEW" LC1D1810 F7 CONTACTORS 110 VAC COIL<br>Enlarge | P | =Buy It Now | $250.00  $15.00 | 4d 20h 42m |
| | ☀ **LC1-K MINI-CONTACTORS 130-UNITS "NEW" SOLD AS 1 LOT**<br>( 130 ) "NEW" LC1-K SOLD AS 1 LOT ASSORTED 6 - 9 AMP<br>Enlarge | P | =Buy It Now | $150.00  $25.00 | 6d 04h 49m |
| | **TELEMECANIQUE /SQUARED GV2-ME08 2.5 -4 A "NEW" 4 Pcs**<br>(4) -- " NEW" GV2-ME08 2.5 - 4 amp motor protector<br>Enlarge | P | =Buy It Now | $75.00  $15.00 | 17d 01h 01m |

**Page 1** of 3                                Go to pag

⬅ Previous  **1** |  2  |  3  Next ➡

* Items that are listed in a currency other than U.S. dollars display the converted amount in italicized text. Converte amounts shown are estimates based on Bloomberg's conversion rates. If you need to get recent exchange rates, please use the Universal Currency Converter

**Tools:**   My eBay Favorites    |    Want It Now    |    RSS    Learn more about RSS feeds

Note: Shipping amount may not reflect all shipping options offered by the seller. Other shipping options may have different charge. Final shipping charges will be determined during checkout.

### What else can you do?

⬅Back to home   |   ⬆Top of page

This page was last updated: Apr-10 14:29

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owner Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time