

Buy | Sell | My eBay | Community | Help

Hi, chicago_swimmer! (Not you? **Sign in**)

Site Map

All Categories | Search | Advanced Search

**Categories ▼**   Motors   Express   Stores

eBay Security & Resolution Center

Home > Community > Feedback Forum > **Feedback Profile**

# Feedback Profile

See what's new

## Member Details



**1978euclid** ( 1104 ★ )

Member since Apr-24-00 in United States

**Lifetime Summary:**   Positives: **1107**   Negatives: **3**   |   Positive Feedback: 99.7%

| Recent Feedback Ratings | (last 12 months)  | | |
|---|---|---|---|
| | 1 month | 6 months | 12 months |
| ⊕ Positive | 77 | 312 | 967 |
| ⊙ Neutral | 0 | 0 | 0 |
| ⊖ Negative | 0 | 1 | 2 |

| Detailed Seller Ratings | (last 12 months) | |
|---|---|---|
| Criteria | Average rating | Number of ratings |
| Item as described | ★★★★★ | 223 |
| Communication | ★★★★½ | 221 |
| Shipping time | ★★★★½ | 220 |
| Shipping and handling charges | ★★★★½ | 223 |

**Member Quick Links**

Contact member
View items for sale
View seller's Store
View more options ▼

Feedback as a seller | Feedback as a buyer | All Feedback | Feedback left for others

**1,430 Feedback received** (viewing 1-100)

Ratings mutually withdrawn: 0

| | Feedback | From Buyer / Price | Date / Time |
|---|---|---|---|
| ⊕ | Fast delivery! Great transaction! A+++ Thanks!! | | May-14-08 11:04 |

**EXHIBIT D**

| | | hd_cruz ( 107 ) | |
|---|---|---|---|
| | OMRON TYPE LIMIT SWITCH "NEW" D4D-2120 10-UNITS (#310046093802) | US $125.00 | View Item |
| ➕ | As described, prompt shipper, buyer very satisfied with transaction. | tct5855 ( 222 ) | May-13-08 16:50 |
| | TELEMECANIQUE / SQUARED LC1D0910F7 CONTACTOR "NEW" (#310047120146) | US $112.50 | View Item |
| ➕ | GREAT EBAY SELLER !!!!!!!!!!!!!!!!!!!! | captkds ( 250 ) | May-13-08 11:52 |
| | TELEMECANIQUE ZB2BJ2 2-POSITION SELECTOR EXTENDED (#310047549044) | US $175.00 | View Item |
| ➕ | A+ Fast Ship Thanks | 500v10 ( 582 ) | May-13-08 11:13 |
| | TELEMECANIQUE / SQUARED LRD08 OVERLOAD RELAY "NEW" (#310029844460) | US $75.00 | View Item |
| ➕ | Item as described. Fast shipping and well packaged. Good transaction!! | tarantinatoriv ( 41 ) | May-13-08 05:36 |
| | TELEMECANIQUE "NEW" LC1D18G7 CONTACTOR 5 UNITS (#310027246995) | US $125.00 | View Item |
| ➕ | a ok | dpaulson2 ( 439 ) | May-12-08 16:39 |
| | TELEMECANIQUE "NEW" LC1D50 F7 CONTACTOR 2 UNITS (#310027226685) | US $75.00 | View Item |
| ➕ | a ok | dpaulson2 ( 439 ) | May-12-08 16:39 |
| | TELEMECANIQUE / SQUARED LC1D4011F7 CONTACTOR NEW 2-PCS. (#310027234121) | US $75.00 | View Item |
| ➕ | a ok | dpaulson2 ( 439 ) | May-12-08 16:39 |
| | TELEMECANIQUE / SQUARED LRD14 OVERLOAD RELAY "NEW" (#310043147439) | US $50.00 | View Item |
| ➕ | fast shipping, just what i needed | joebrancatelli ( 46 ) | May-12-08 10:24 |
| | TELEMECANIQUE / SQUARED LC1D2501F7 CONTACTOR 5-UNITS (#310027586319) | US $100.00 | View Item |
| ➕ | fast shipping, with what i needed | joebrancatelli ( 46 ) | May-12-08 10:21 |
| | TELEMECANIQUE / SQUARED LC1D32 F7 CONTACTOR 4-UNITS (#310027082693) | US $100.00 | View Item |

| | Feedback | User | Price | Date |
|---|---|---|---|---|
| ➕ | Good communication, fast shipping, product as advertised. A++++<br>OMRON PYF-14A RELAY SOCKETS FOR MY4 TYPE RELAYS (#270089565210) | itech2005 (private)<br>US $50.00 | | May-12-08 09:20<br>View Item |
| ➕ | fast shipping AAAAAAAA+++++++++++++++<br>TELEMECANIQUE / SQUARED LC1D6511F7 CONTACTOR 4-PCS NEW (#310027002073) | wwwgotoauctionbagcom ( 283 ⭐ )<br>US $150.00 | | May-09-08 10:50<br>View Item |
| ➕ | fast shipping AAAAAAAA+++++++++++++++<br>TELEMECANIQUE / SQUARED LRD21 OVERLOAD RELAY "NEW" (#310029850773) | wwwgotoauctionbagcom ( 283 ⭐ )<br>US $75.00 | | May-09-08 10:50<br>View Item |
| ➕ | fast shipping AAAAAAAA+++++++++++++++<br>TELEMECANIQUE / SQUARED LR2D3359 OVERLOAD RELAY "NEW" (#310045244738) | wwwgotoauctionbagcom ( 283 ⭐ )<br>US $65.00 | | May-09-08 10:50<br>View Item |
| ➕ | fast shipping AAAAAAAA+++++++++++++++<br>TELEMECANIQUE / SQUARED LC1D2510G7 CONTACTOR 5- PCS (#310027595482) | wwwgotoauctionbagcom ( 283 ⭐ )<br>US $100.00 | | May-09-08 10:50<br>View Item |
| ➕ | THANK YOU FOR YOUR SALE<br>SICK OPTIC SENSORS "NEW" OLD STOCK CLOSEOUT 10-UNITS (#310048583887) | electricos.especializados ( 43 ⭐ )<br>US $50.00 | | May-09-08 06:23<br>View Item |
| ➕ | Great Service & quick shipping - will shop again!!!<br>"SPECIAL CONTROL LIST PACKAGE" 50 PCS. (#310046868425) | mr.iceguy ( 100 ⭐ )<br>US $335.00 | | May-08-08 05:27<br>View Item |
| ➕ | great service<br>TELEMECANIQUE LIMIT SWITCH XCMA-102 (10)-"NEW" UNITS (#310039480425) | 1971amott ( 19 ⭐ )<br>US $200.00 | | May-07-08 12:22<br>View Item |
| ➕ | great service quick delivery<br>TELEMECANIQUE LIMIT SWITCH XCMA-102 (10)-"NEW" UNITS (#310039480596) | 1971amott ( 19 ⭐ )<br>US $200.00 | | May-07-08 12:21<br>View Item |
| ➕ | good item<br>TELEMECANIQUE / SQUARED LC1F225 110VAC COIL CONTACTOR (#310037384906) | chungo70 ( 43 ⭐ )<br>US $200.00 | | May-07-08 01:54<br>View Item |
| ➕ | fast shipping . smooth transaction , great ebayer a+++ | | | May-05-08 05:50 |

| | | | |
|---|---|---|---|
| | | 254benoit ( 112 ⭐ ) | |
| | TELEMECANIQUE / SQUARED 4--LC1F225 / 3--LC1F150 120VAC (#310042648818) | US $1,250.00 | View Item |
| 🟢 | as good as it gets thanx | gsskpt ( 27 ⭐ ) | May-01-08 18:31 |
| | OMRON MY4N-24VDC GENERAL PURPOSE RELAYS, 50 PCS, NIB (#310041858369) | US $125.00 | View Item |
| 🟢 | as good as it gets thanx | gsskpt ( 27 ⭐ ) | May-01-08 18:31 |
| | OMRON PYF-14A RELAY SOCKETS FOR MY4 TYPE RELAYS (#270089565210) | US $50.00 | View Item |
| 🟢 | as good as it gets thanx | gsskpt ( 27 ⭐ ) | May-01-08 18:31 |
| | OMRON MY4N 110 VAC GENERAL PURPOSE RELAYS, 50 PCS, New (#310041865518) | US $125.00 | View Item |
| 🟢 | A+ Fast Ship Thanks | 500v10 ( 582 ⭐ ) | May-01-08 16:33 |
| | TELEMECANIQUE / SQUARED LRD08 OVERLOAD RELAY "NEW" (#310029844460) | US $75.00 | View Item |
| 🟢 | PERFECT ITEM, HANDLED VERY PROFESSIONALLY. TOP-NOTCH EBAYER | robballelectric ( 13 ⭐ ) | May-01-08 14:04 |
| | TELEMECANIQUE / SQUARED LC1F115 120VAC COIL CONTACTOR (#310043523187) | US $500.00 | View Item |
| 🟢 | good deal a ++++ | breaker1944 ( 491 ⭐ ) | May-01-08 06:12 |
| | NAIS AZ8108 VL MINI LIMIT SWITCH "NEW" 12 PCS. 5 A (#310029387736) | US $100.00 | View Item |
| 🟢 | great | aircraftautomation ( 246 ⭐ ) | May-01-08 03:38 |
| | OMRON NEW PLC LOT ASSORTED 6-PCS (#310043516445) | US $325.00 | View Item |
| 🟢 | Great price, Great item, Great shipping, Thanks | cgbg1980 ( 41 ⭐ ) | Apr-30-08 14:56 |
| | TELEMECANIQUE /SQUARED GV2-ME08 2.5 -4 A "NEW" 4 Pcs (#310027298456) | US $75.00 | View Item |
| 🟢 | Excellent Service. Thank you. | joshemmick ( 54 ⭐ ) | Apr-30-08 07:21 |
| | TELEMECANIQUE ZB2BE101 & ZB2BE102 CONTACT BLOCKS "NEW" (#310042443654) | US $600.00 | View Item |

| | Feedback | User | Date |
|---|---|---|---|
| ➕ | this guy is great! excellent communication and product, nothing but good to say! | jlightfoot1 ( 55 ⭐ ) | Apr-29-08 13:45 |
| | TELEMECANIQUE / SQUARED LRD3361 OVERLOAD RELAY "NEW" (#310039944539) | US $100.00 | View Item |
| ➕ | THIS SELLER CAN NOT BE BEAT!! SUPER FAST SHIPPING!! AWESOME PACKAGING!! | skitzblitz ( 690 ⭐ ) | Apr-28-08 21:58 |
| | LC1-K MINI-CONTACTORS 130-UNITS "NEW" SOLD AS 1 LOT (#310039978186) | US $150.00 | View Item |
| ➕ | Fast delivery. a+ | industrialfab ( 270 ⭐ ) | Apr-26-08 14:29 |
| | TELEMECANIQUE ZB2BE101 & ZB2BE102 CONTACT BLOCKS "NEW" (#310028940455) | US $1,150.00 | View Item |
| ➕ | Perfect. Everything good, just the way it should be. | misao04 ( 15 ⭐ ) | Apr-26-08 08:36 |
| | TELEMECANIQUE ZB2BZ105 (#310026651097) | US $65.00 | View Item |
| ➕ | no problems. Everything went smooth. | misao04 ( 15 ⭐ ) | Apr-26-08 08:34 |
| | TELEMECANIQUE / SQUARED LC1D4011F7 CONTACTOR NEW 2-PCS. (#310036948370) | US $75.00 | View Item |
| ➕ | Just as described, will be doing business again | joebrancatelli ( 46 ⭐ ) | Apr-25-08 20:22 |
| | TELEMECANIQUE / SQUARED LC1D6511F7 CONTACTOR 2-PCS NEW (#310039058594) | US $75.00 | View Item |
| ➕ | Great Service. Thank you. | joshemmick ( 54 ⭐ ) | Apr-24-08 08:25 |
| | TELEMECANIQUE / SQUARED GV2-ME16 9--14 A "NEW" 4 Pcs (#310043505405) | US $100.00 | View Item |
| ➕ | Super fast shipment. AAAAAA+++++++++ | rayray1848 ( 555 ⭐ ) | Apr-24-08 07:41 |
| | TELEMECANIQUE / SQUARED LRD3361 OVERLOAD RELAY "NEW" (#310039852407) | US $100.00 | View Item |
| ➕ | THE ITEMS I BOUGHT WERE EXACTLY AS SPECIFED,PROMT SERVICE,EXCELLENT E-BAYER | jerrymartinez1964 ( 5 ) | Apr-23-08 15:35 |
| | "NEW" INDUSTRIAL SAFETY FOOT SWITCH--SINGLE PEDAL 2pcs (#310040427839) | US $50.00 | View Item |
| ➕ | contactors were new, price was good, shipment was prompt thanks | brianf2256 ( 52 ⭐ ) | Apr-23-08 14:21 |
| | TELEMECANIQUE / SQUARED LC1D6511F7 CONTACTOR 2-PCS NEW (#310039853969) | US $75.00 | View Item |

| | Feedback | User | Price | Date | Link |
|---|---|---|---|---|---|
| ⊕ | Good Description, Good Shipping, Good Communication, Overall, Great! 5* eBayer! | 87011746 ( 880 ⭐ ) | | Apr-21-08 06:36 | |
| | TELEMECANIQUE / SQUARED LR2D3357 OVERLOAD RELAY "NEW" (#310038109566) | | US $65.00 | | View Item |
| ⊕ | Good Description, Good Shipping, Good Communication, Overall, Great! 5* eBayer! | 87011746 ( 880 ⭐ ) | | Apr-21-08 06:35 | |
| | TELEMECANIQUE / SQUARED LC1D80G7 CONTACTOR 2-PCS NEW (#310038086171) | | US $100.00 | | View Item |
| ⊕ | Good Description, Good Shipping, Good Communication, Overall, Great! 5* eBayer! | 87011746 ( 880 ⭐ ) | | Apr-21-08 06:35 | |
| | TELEMECANIQUE / SQUARED LC1D80G7 CONTACTOR 2-PCS NEW (#310038080377) | | US $100.00 | | View Item |
| ⊕ | Good Description, Good Shipping, Good Communication, Overall, Great! 5* eBayer! | 87011746 ( 880 ⭐ ) | | Apr-21-08 06:35 | |
| | TELEMECANIQUE / SQUARED LRD3361 OVERLOAD RELAY "NEW" (#310037716109) | | US $100.00 | | View Item |
| ⊕ | item arrived as described | willgil1981 ( 36 ⭐ ) | | Apr-21-08 06:27 | |
| | TELEMECANIQUE / SQUARED LRD16 OVERLOAD RELAY "NEW" (#310037702185) | | US $35.00 | | View Item |
| ⊕ | Great Transaction........Super for Ebay.........AAAAA++++++ | ahalbert ( 1090 ⭐ ) | | Apr-19-08 16:38 | |
| | Telemecanique ZB2BE101 & ZB2BE102 Contact Blocks New (#310036121221) | | US $125.00 | | View Item |
| ⊕ | Great Transaction........Super for Ebay.........AAAAA++++++ | ahalbert ( 1090 ⭐ ) | | Apr-19-08 16:38 | |
| | TELEMECANIQUE ZB2BD2 2-POSITION SELECTOR SWITCH 25 PCS (#310036130992) | | US $125.00 | | View Item |
| ⊕ | Great Transaction........Super for Ebay.........AAAAA++++++ | ahalbert ( 1090 ⭐ ) | | Apr-19-08 16:38 | |
| | TELEMECANIQUE ZB2BD3 3-POSITION SELECTOR SWITCH 25 PCS (#310037122108) | | US $125.00 | | View Item |
| ⊕ | a++++++++++++++++++++++++++++++++++++++++++++++++ | sst3447 ( 39 ⭐ ) | | Apr-19-08 06:50 | |
| | CA2-DN22 F7 COIL CONTROL RELAY 20-UNITS (#310026728951) | | US $60.00 | | View Item |
| ⊕ | very efficient, thanks | bergeron972 ( 22 ⭐ ) | | Apr-19-08 00:25 | |
| | TELEMECANIQUE /SQUARED LC2D65004 B7 REVERSING CONTACTOR (#310030289353) | | US $75.00 | | View Item |

| | | | |
|---|---|---|---|
| ➕ | very efficient, thanks | bergeron972 ( 22 ⭐ ) | Apr-19-08 00:25 |
| | TELEMECANIQUE /SQUARED LC2D65004 M7 REVERSING CONTACTOR (#310030730275) | US $75.00 | View Item |
| ➕ | very efficient, thanks | bergeron972 ( 22 ⭐ ) | Apr-19-08 00:25 |
| | TELEMECANIQUE /SQUARED LC2D65004 M7 REVERSING CONTACTOR (#310030730022) | US $75.00 | View Item |
| ➕ | Good transaction | tarantinatoriv ( 41 ⭐ ) | Apr-18-08 10:40 |
| | TELEMECANIQUE / SQUARED LC1D09F7 CONTACTORS 10--UNITS (#310029043922) | US $125.00 | View Item |
| ➕ | Good transaction | tarantinatoriv ( 41 ⭐ ) | Apr-18-08 10:39 |
| | TELEMECANIQUE / SQUARE D GV2M06 MANUAL MOTOR STARTER (#310028525684) | US $50.00 | View Item |
| ➕ | Fast Shipping Thanks AAAAAAAAAA+++++++++++++++ | wwwgotoauctionbagcom ( 283 ⭐ ) | Apr-16-08 19:20 |
| | TELEMECANIQUE / SQUARED LC1D9511F7 CONTACTOR 2-PCS NEW (#310038371039) | US $100.00 | View Item |
| ➕ | Very nice item promptly delivered!!!Thank you!!!!! | skinsfn ( 1244 ⭐ ) | Apr-16-08 16:00 |
| | OMRON F350-C12E "NEW IN THE BOX" VISION PRODESSING UNIT (#310037083251) | US $200.00 | View Item |
| ➕ | excellent seller very good packaging | monney67 ( 75 ⭐ ) | Apr-15-08 17:55 |
| | TELEMECANIQUE / SQUARED LC1D32 F7 CONTACTOR 4-UNITS (#310027082384) | US $100.00 | View Item |
| ➕ | excellent seller very good packaging | monney67 ( 75 ⭐ ) | Apr-15-08 17:34 |
| | TELEMECANIQUE / SQUARED LC1D40 F7 CONTACTOR 2-UNITS (#310027260825) | US $75.00 | View Item |
| ➕ | excellent seller very good packaging | monney67 ( 75 ⭐ ) | Apr-15-08 17:34 |
| | LC1K0601 B7 COIL MINI-CONTACTOR 50-UNITS--NEW (1 LOT) (#310026724976) | US $200.00 | View Item |
| ➕ | excellent seller very good packaging | monney67 ( 75 ⭐ ) | Apr-15-08 17:27 |
| | TELEMECANIQUE / SQUARED GV2-ME22 20-25 A "NEW" 3 Pcs (#310030659751) | US $75.00 | View Item |

| | Feedback | User | Date |
|---|---|---|---|
| ⊕ | excellent seller very good packaging | monney67 ( 75 ⭐ ) | Apr-15-08 17:27 |
| | TELEMECANIQUE / SQUARE D GV2M06 MANUAL MOTOR STARTER (#310030659840) | US $50.00 | View Item |
| ⊕ | excellent seller very good packaging | monney67 ( 75 ⭐ ) | Apr-15-08 17:27 |
| | OMRON PYF-14A RELAY SOCKETS FOR MY4 TYPE RELAYS (#310026605339) | US $100.00 | View Item |
| ⊕ | excellent seller very good packaging | monney67 ( 75 ⭐ ) | Apr-15-08 17:27 |
| | TELEMECANIQUE / SQUARED LC1D12G7 (20)--NEW UNITS (#310026671974) | US $300.00 | View Item |
| ⊕ | AAA+++ Reliable, Fast Ship, Great Communication ebay Numero Uno ! | 1966stingray ( 288 ⭐ ) | Apr-15-08 03:23 |
| | TELEMECANIQUE / SQUARED LRD22 OVERLOAD RELAY "NEW" (#310029829185) | US $75.00 | View Item |
| ⊕ | received item with no problems thanks alot!!!!!!!!!!!!!! | hiplains04 ( 1117 ⭐ ) | Apr-14-08 06:57 |
| | TELEMECANIQUE / SQUARED GV2-ME22 20-25 A "NEW" 4 Pcs (#310037375759) | US $100.00 | View Item |
| ⊕ | Great Item, Great Price, Quick Shipping! Thanks! | lakerdude33 ( 1186 ⭐ ) | Apr-10-08 20:33 |
| | TELEMECANIQUE / SQUARED LRD21 OVERLOAD RELAY "NEW" (#310029850773) | US $75.00 | View Item |
| ⊕ | Thanks ! You Can Buy Here with Confidence AAA+++ | 1966stingray ( 288 ⭐ ) | Apr-10-08 03:45 |
| | TELEMECANIQUE / SQUARED LC1D25G7 NEW STYLE CONTACTOR (#310027566636) | US $150.00 | View Item |
| ⊕ | Thank you for overpacking this auction. | arbor53 ( 8184 ⭐ ) | Apr-09-08 12:32 |
| | SICK OPTIC " NEW" CS1-P3611 COLOR SENSOR SPECIAL (#310033896333) | US $50.00 | View Item |
| ⊕ | Great Items Great price Great Shipping | cgbg1980 ( 41 ⭐ ) | Apr-09-08 08:37 |
| | TELEMECANIQUE /SQUARED GV2-ME08 2.5 -4 A "NEW" 4 Pcs (#310027298456) | US $75.00 | View Item |
| ⊕ | would not hesitate to order again very satisfied with product and service | longislander705 ( 2 ) | Apr-09-08 07:27 |
| | TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J (#310034737820) | US $200.00 | View Item |
| ⊕ | GOOD EXPERIENCE | | Apr-08-08 09:26 |

| | | | |
|---|---|---|---|
| | | cszalay ( 65 ⭐ ) | |
| | Telemecanique ZB2BE101 & ZB2BE102 Contact Blocks New (#270089564905) | US $50.00 | View Item |
| 🟢 | Great Items, Great Shipping | cgbg1980 ( 41 ⭐ ) | Apr-07-08 20:28 |
| | TELEMECANIQUE / SQUARED LC1D12G7 (20)--NEW UNITS (#310034724966) | US $300.00 | View Item |
| 🟢 | arrived as expected no problems fine seller | acmayo ( 15 ⭐ ) | Apr-06-08 11:21 |
| | NAIS/AROMAT STYLE LIMIT SWITCH "NEW" AZ-7141 10-UNITS (#310014198892) | US $50.00 | View Item |
| 🟢 | Great Seller ++++++++++++++++++++++++++++++++++++++++++++ | kingstonfox ( 45 ⭐ ) | Apr-05-08 15:34 |
| | NAIS/AROMAT STYLE LIMIT SWITCH "NEW" TZ-8104 10-UNITS (#310033117940) | US $75.00 | View Item |
| 🟢 | Good transaction, fast shipping +++++++ | jhosep55 ( 101 ⭐ ) | Apr-04-08 17:55 |
| | SICK OPTIC " NEW" NT6-03012 SENSOR SPECIAL (#310031693282) | US $150.00 | View Item |
| 🟢 | Another satisfied purchase. Thank you for the good deal and fast shipping | the_good_junk_inn ( 2200 ⭐ ) | Apr-03-08 13:51 |
| | Telemecanique ZB2BE101 & ZB2BE102 Contact Blocks New (#310036121221) | US $125.00 | View Item |
| 🟢 | Thank you very much for sale | electricos.especializados ( 43 ⭐ ) | Apr-02-08 19:38 |
| | SICK OPTIC "NEW" 20- ASSORTED SENSOR LOT (#310033733869) | US $100.00 | View Item |
| 🔴 | are selling replica of siemens the items are chinese not original | jyscargo ( 104 ⭐ ) | Apr-01-08 13:11 |
| | TELEMECANIQUE / SQUARED LC1D32 F7 CONTACTOR 100-UNITS (#310028543014) | US $2,100.00 | View Item |
| 🟢 | Excellent!! Product Was Exactly As Promised!! Thanks!!! | cragerpro ( 103 ⭐ ) | Mar-31-08 14:19 |
| | TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J (#310032616220) | US $200.00 | View Item |
| 🟢 | Item Received exactly as Described. Thankyou | velox44 ( 71 ⭐ ) | Mar-30-08 12:35 |
| | TELEMECANIQUE /SQUARED GV2-ME08 2.5 -4 A "NEW" 4 Pcs (#310027298456) | US $75.00 | View Item |

| | | | |
|---|---|---|---|
| ⊕ | Item Received exactly as Described. Thankyou | velox44 ( 71 ★ ) | Mar-30-08 12:35 |
| | TELEMECANIQUE /SQUARED GV2-ME08 2.5 -4 A "NEW" 4 Pcs (#310028517651) | US $75.00 | View Item |
| ⊕ | Item Received exactly as Described. Thankyou | velox44 ( 71 ★ ) | Mar-30-08 12:35 |
| | TELEMECANIQUE / SQUARED GV2-ME10 4-6.3 A "NEW" 3 Pcs (#310028280259) | US $75.00 | View Item |
| ⊕ | Item Received exactly as Described. Thankyou | velox44 ( 71 ★ ) | Mar-30-08 12:35 |
| | TELEMECANIQUE / SQUARED GV2-ME10 4-6.3 A "NEW" 4 Pcs (#310027298014) | US $75.00 | View Item |
| ⊕ | Item Received exactly as Described. Thankyou | velox44 ( 71 ★ ) | Mar-30-08 12:35 |
| | TELEMECANIQUE / SQUARED GV2-ME14 6-10 A "NEW" 4 Pcs (#310017732169) | US $100.00 | View Item |
| ⊕ | Item Received exactly as Described. Thankyou | velox44 ( 71 ★ ) | Mar-30-08 12:35 |
| | TELEMECANIQUE / SQUARED GV2-ME14 6-10 A "NEW" 4 Pcs (#310017731841) | US $100.00 | View Item |
| ⊕ | One of the best Sellers Ive found on E Bay | velox44 ( 71 ★ ) | Mar-30-08 12:32 |
| | TELEMECANIQUE / SQUARED GV2-ME10 4-6.3 A "NEW" 4 Pcs (#310027297844) | US $75.00 | View Item |
| ⊕ | Very good seller.Thanks. | hohnercn ( 47 ★ ) | Mar-30-08 01:48 |
| | SICK OPTIC SENSORS USED CLOSEOUT 5-UNITS 1-LOT AS-IS (#310030783894) | US $75.00 | View Item |
| ⊕ | Ebay reference # given and over-packed as requested. Thank you! | arbor53 ( 8184 ★ ) | Mar-28-08 11:57 |
| | OMRON E2CA-X5A SENSORS "NEW" CLOSEOUT 4-UNITS (#310030798178) | US $50.00 | View Item |
| ⊕ | Ebay reference # given and over-packed as requested. Thank you! | arbor53 ( 8184 ★ ) | Mar-28-08 11:45 |
| | TELEMECANIQUE ZA2BZ105 "NEW" 50 PCS (#310029542263) | US $150.00 | View Item |
| ⊕ | Smooth transaction. Just as described!!! | jocknpam ( 345 ★ ) | Mar-27-08 20:16 |
| | TELEMECANIQUE / SQUARED LRD21 OVERLOAD RELAY "NEW" (#310029850773) | US $75.00 | View Item |

| | Feedback | User | Date |
|---|---|---|---|
| ➕ | Smooth transaction. Just as described!!! <br> TELEMECANIQUE / SQUARED GV2-ME21 17-23 A "NEW" 3 Pcs (#310030763899) | jocknpam ( 345 ⭐ ) <br> US $75.00 | Mar-27-08 20:16 <br> View Item |
| ➕ | Smooth transaction. Just as described!!! <br> TELEMECANIQUE / SQUARED LC1D3201G7 CONTACTOR 10-UNITS (#310030556226) | jocknpam ( 345 ⭐ ) <br> US $225.00 | Mar-27-08 20:16 <br> View Item |
| ➕ | Item as described, neatly packed, Quick ship, Thanks for a smooth transaction! <br> TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J (#310033376838) | rtojessejames ( 83 ⭐ ) <br> US $200.00 | Mar-27-08 15:39 <br> View Item |
| ➕ | Quality product; quick shipping; very good vendor!!! <br> TELEMECANIQUE ZA2BZ105 "NEW" 50 PCS (#310033128460) | strick31539 ( 36 ⭐ ) <br> US $150.00 | Mar-27-08 09:25 <br> View Item |
| ➕ | Fast Shipping! Good Deal...Thanks/ <br> Telemecanique ZB2BE101 & ZB2BE102 Contact Blocks New (#310027318614) | jr861 ( 223 ⭐ ) <br> US $65.00 | Mar-25-08 19:00 <br> View Item |
| ➕ | excellent seller <br> TELEMECANIQUE / SQUARED LRD12 OVERLOAD RELAY "NEW" (#310032045440) | tpiwp ( 349 ⭐ ) <br> US $75.00 | Mar-24-08 17:19 <br> View Item |
| ➕ | excellent seller <br> TELEMECANIQUE / SQUARED LC1D12G7 (20)--NEW UNITS (#310031716272) | tpiwp ( 349 ⭐ ) <br> US $300.00 | Mar-24-08 17:19 <br> View Item |
| ➕ | excellent seller <br> TELEMECANIQUE / SQUARED LRD12 OVERLOAD RELAY "NEW" (#310029832309) | tpiwp ( 349 ⭐ ) <br> US $75.00 | Mar-24-08 17:18 <br> View Item |
| ➕ | excellent seller <br> TELEMECANIQUE / SQUARED LRD10 OVERLOAD RELAY "NEW" (#310028536565) | tpiwp ( 349 ⭐ ) <br> US $75.00 | Mar-24-08 17:18 <br> View Item |
| ➕ | A+. Great seller. Good comunication. Thanks. <br> TELEMECANIQUE / SQUARED LC1D09F7 CONTACTORS 100--UNITS (#310030763295) | electricos1982 ( 1 ) <br> US $1,100.00 | Mar-23-08 09:44 <br> View Item |

Items per page: 25 | 50 | **100** | 200

Page **1** of 15       ← Previous  **1** | 2 | 3 | 4 | 5 | 6 | 7  Next →       Go to page [ ] Go

**What would you like to do next?**

- Leave Feedback
- Reply to Feedback received
- Follow up to Feedback left

**Feedback Forum** | **Discussion Boards** | **Groups** | **Answer Center** | **Chat Rooms** | **Community Values**

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time