IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A.,

        Plaintiffs,

v.

ELECTRONIC SOLUTIONS, INC., and WILLIAM AMBROS,

        Defendants.

CASE NO.: 07 C 6294

Judge James B. Moran

**AFFIDAVIT OF CHRISTOPHER T. SHEEAN**

I, Christopher T. Sheean, being duly sworn on oath, depose and state in support of Plaintiffs Motion to Open Discovery, Compel Production of Purchase and Sale Records and Award Sanctions:

1. I am a partner at Wildman, Harrold, Allen & Dixon LLP, and have been retained to represent the Plaintiffs in this action. I have personal knowledge of the matters contained in this affidavit..

2. In conjunction with our representation of Plaintiffs in this action, I traveled to Plant City, Florida on April 30, 2008 to conduct an inspection of defendants' inventory bearing the trademarks Square D®, Scheider Electric®, Telemecanique®, or Merlin Gerin®.

3. My travel costs for this trip were $537.40. My expense report for the trip is attached hereto as Exhibit 1.

4. I spent 18.2 hours total time in preparing for the inspection, conducting the inspection, communicating with my client regarding the findings of the inspection, and preparing the instant motion. My billable rate is $475, a rate that is consistent with a litigation partner of

comparable experience in Chicago, Illinois. The total amount for my fees for the inspection and the instant motion total $8,645.00.

    5.    Mr. Jeff Miller of Schneider Electric traveled from Raleigh, N.C. and joined me for the inspection, based on his knowledge and experience with Telemecanique® Contactors. Mr. Miller's travel expenses were $310.04. (See the May 14, 2008 email from Mr. Miller, attached as Exhibit 2).

    6.    Mr. James Renie also traveled from Raleigh, N.C. and accompanied me on the inspection, based on his knowledge and experience with circuit breakers and sensors. Mr. Renie's travel expenses for the inspection were $320.45. (See the May 14, 2008 email from Mr. Renie detailing his expenses, attached as Exhibit 3).

    7.    I retained Verasys LLC to assist in the imaging and analysis of electronic records on the computers of Defendants. Mr. Jesus Peña of Verasys traveled from Miami, FL and accompanied me on the inspection. The fees and expenses for Verasys were $2,271.50. (An invoice from Verasys for the work is attached as Exhibit 4).

Further affiant sayeth not. I affirm, under the penalties for perjury, that the foregoing representations are true.

_____
Christopher T. Sheean

SUBSCRIBED AND SWORN TO
before me this 14th day of May, 2008.

_____
Notary Public

"OFFICIAL SEAL"
BARBARA J BROZYNA
Notary Public, State of Illinois
My Commission Expires Aug. 12, 2011

# WILDMAN, HARROLD, ALLEN & DIXON
## Partner Reimbursement Report

Name: Christopher T. Sheean

Attorney Billing No.: 1402

Period Covered From: 04/30/08 To: 04/30/08

| Date | Client Name \ Description of Charge | Client/ Matter # | CLIENT CHARGES — Amount | CLIENT CHARGES — Entertainment (2) | OFFICE CHARGES (1) Mgmt. Approval | OFFICE CHARGES (1) Other | OFFICE CHARGES (1) Entertainment (2) | PPA Asset Purchases | Other |
|---|---|---|---|---|---|---|---|---|---|
| 4/30 | Square D - ESI Travel to Plant City, FL inspection of ESI - Southwest Airlines | S8895.088 | 445.00 | | | | | | |
| 4/30 | Mileage (22 miles @ 50.5 per mile) | S8895.088 | 11.11 | | | | | | |
| 4/30 | Gold Coast @ Midway Airport | S8895.088 | 6.72 | | | | | | |
| 4/30 | Parking @ Midway Airport | S8895.088 | 17.00 | | | | | | |
| 4/30 | HMSHost @ Tampa Airport | S8895.088 | 2.14 | | | | | | |
| 4/30 | HMSHost @ Tampa Airport | S8895.088 | 2.29 | | | | | | |
| 4/30 | Whistle Stop, Tampa | S8895.088 | 5.72 | | | | | | |
| 4/30 | Alamo Rental Car | S8895.088 | 47.42 | | | | | | |

EXHIBIT 1

| Date | Client Name \ Description of Client/ Charge | Matter # | CLIENT CHARGES | | OFFICE CHARGES (1) | | | PPA | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Amount | Entertainment (2) | Mgmt. Approval | Other | Entertainment (2) | Asset Purchases | Other |
| Doc. # 1834364 | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| COLUMN TOTALS | | | $537.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

(1) Management Committee approval required for any travel, gifts, contributions and seminars charged to the Office rather than PPA. If you are submitting an expenditure of this type, you must have the Director of Administration indicate approval by initialing the designated column, BEFORE turning the expense report in to Accounting.

(2) Documentation of entertainment expense including meals (who, business connection, business purpose, what, when & where) is required.

| | |
|---|---|
| | TOTAL $537.40 |
| | Less Total Advances $0.00 |

ADVANCES (date & amount):

| | | |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

REIMBURSEMENT DUE  $537.40

Signature: _____

*This signature affirms that all expenses listed above are related to the business activity of the firm.*

**Sheean, Christopher**

**From:** jeff-raleigh.miller@us.schneider-electric.com
**Sent:** Wednesday, May 14, 2008 8:36 AM
**To:** Sheean, Christopher
**Subject:** Re: ESI Inspection


pic32365.jpg (171 KB)

Chris,

Mine was $298.04, but add $12.00 to that for a airline reporting charge so the total is $310.04.

(Embedded image moved to file: pic32365.jpg)

Regards,
Jeff


            "Sheean, Christopher"
            <sheean@wildman.com>

To
            05/13/2008 05:30 PM                <jeff-raleigh.miller@us.schneider-electric.com>

cc
                                               <jim.renie@us.schneider-electric.com>,
"Jesus
                                               Pena" <jpena@dynasite.com>

Subject
                                               ESI Inspection




Jeff,

Could you please send me the total amount of your travel expenses for the inspection?

Thanks,

Chris

Christopher T. Sheean
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Drive

Exhibit 2

1

Suite 2800
Chicago, Illinois 60606
T: (312) 201-2997
F: (312) 416-4659
sheean@wildman.com

DISCLAIMER:
This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. This communication does not form any contractual obligation on behalf of the sender or Wildman, Harrold, Allen & Dixon LLP. Unless expressly stated otherwise, any tax advice in this message is not intended or written to be used, and cannot be used by a taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.  Please consult your tax attorney regarding the form of tax advice that may be relied upon to avoid penalties under the Internal Revenue Code.


_____
This email has been scanned for SPAM content and Viruses by the MessageL abs Email Security System. _____

**From:** jim.renie@us.schneider-electric.com
**Sent:** Wednesday, May 14, 2008 7:01 AM
**To:** Sheean, Christopher
**Subject:** Re: ESI/Square D

```
Jim Renie - ER00283246 (submitted to Tracy Garner)

Airfare - $255.00
Travel Agency Fee - $12.00
Parking - $10.00
Lunch - $27.29
Mileage - $16.16

Total - $320.45

James C Renie
Sales and Marketing Alignment
Automation & Control - Schneider Electric
8001 Knightdale Blvd
919-266-8608 - Office
919-696-3591 - Cell
jim.renie@us.schneider-electric.com
AOL Instant Messenger - JCRENIE
```

EXHIBIT 3



# Invoice

66 West Flagler
Suite 401
Miami, FL 33130

| Date | Invoice # |
|---|---|
| 5/14/2008 | 3332 |

| Bill To |
|---|
| Wildman Harrold LLP<br>Brian Lewis<br>225 W. Wache Dr.  Suite 3000<br>Chicago, Illinois  60606 |

| Tax ID # 16-1667634 | Terms | P.O. No. | Project |
|---|---|---|---|
| | Due on receipt | Square D | W07-06-0742 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 8 | JP- April 30, 2008: Forensic imaging, verification, and backup- Plant City | 225.00 | 1,800.00 |
| 1 | JP- May 7, 2008: Research computer. Files access dated verification. Search for documents related to ESI, Source Automation and Pushbuttonsdirect. | 225.00 | 225.00 |
| | SUBTOTAL | | 2,025.00 |
| | Administrative Fees @6% | 6.00% | 121.50 |
| | One 240GB (Hard Disk Storage) | 125.00 | 125.00 |
| | Tax | 7.00% | 0.00 |

**Total** $2,271.50

License No.
A 2300109

| Phone # | Fax # | Web Site |
|---|---|---|
| 305-373-8488 | 305-373-8489 | www.verasysllc.com |

EXHIBIT 4