## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO.: 07 C 6294 |
| | ) | |
| ELECTRONIC SOLUTIONS, INC., and WILLIAM AMBROS, | ) | Judge James B. Moran |
| | ) | |
| Defendants. | ) | |

### AGREED CONSENT ORDER FOR
### PRELIMINARY INJUNCTIVE RELIEF

Plaintiffs Square D Company ("Square D") and Schneider Electric, S.A. ("Schneider") (collectively "Plaintiffs" and defendants Electronic Solutions, Inc. and ESI of Central Florida, Inc. (incorrectly sued as Electronic Solutions, Inc.) (hereinafter collectively ("ESI")) and William Ambros agree to entry of the following consent order for preliminary injunctive relief:

1.    On January 22, 2008, Square D filed its Motion for Preliminary Injunction seeking, among other relief, an order enjoining Defendants from directly or indirectly selling, transferring, destroying or otherwise disposing of any electrical products in its possession that bear the trademarks SCHNEIDER ELECTRIC®, SQUARE D®, TELEMECANIQUE® or MERLIN GERIN® (hereinafter the "Trademarks") until such time as Plaintiffs have inspected Defendants' inventory for the presence of counterfeit products.

2.    The parties acknowledge and agree that service of the complaint and summons on Electronic Solutions, Inc. is also valid as to ESI of Central Florida, Inc., that ESI of Central Florida, Inc. is and shall be a named defendant in this action, and that ESI of Central Florida, Inc. is bound by the terms of this order.

## Exhibit A

3.    This Court has subject matter jurisdiction over this matter because it raises a federal question pursuant to 28 U.S.C. § 1331. This Court also has personal jurisdiction over the defendants.

4.    Defendant Ambros as well as Defendant ESI, its officers, agents, servants, employees and those persons acting in concert with them are enjoined from selling, transferring or otherwise disposing of any electrical products that bear the Trademarks in their possession, custody or control from February 8, 2008 through the conclusion of the inspection of Defendant's physical inventory which shall conclude no later than February 29, 2008. These dates may be adjusted by agreement of the parties.

5.    By the close of business on February 14, 2008, Defendants will provide Plaintiffs with an inventory list identifying all electrical products bearing the Trademarks in their possession, custody and control.

6.    Prior to the inspection, but following Defendants' provision of the inventory list pursuant to paragraph 4, above, Plaintiffs will disclose to Defendants how Plaintiffs will visually inspect the electrical products inventory for the presence of counterfeit products and will disclose during the inspection the basis for any determinations it makes that counterfeit products are present. The location of the inspection shall be the ESI of Central Florida, Inc. warehouse facility in Plant City, Florida, at a location in that facility to be determined by Defendants.

7.    Upon completion of the inspection, Plaintiffs will withdraw their motion for preliminary injunction, but the terms of this order shall remain in full force and effect.

8.    Defendants are preliminarily enjoined from selling and will preserve as evidence any and all electrical products identified by Plaintiffs as counterfeit during the inspection.

9.    Defendants will preserve as evidence all documents in their possession, custody and control relating to the purchase and sale of electrical products bearing the Trademarks.

10.    Defendants' time to answer or otherwise plead in response to Plaintiffs' Verified Complaint is enlarged to fourteen days after Plaintiffs report the results of the inspection, or February 29, 2008, which ever is later.

Agreed                                    Agreed


/s/ Riccardo A. DiMonte                    /s/ Christopher T. Sheean
Riccardo A. DiMonte                        Christopher T. Sheean
Counsel for Defendants William Ambros and   Counsel for Square D Company & Schneider
ESI of Central Florida, Inc.                Electric, S.A.
February 7, 2008                            February 7, 2008


                    ENTERED:


                    _____
                    JUDGE JAMES B. MORAN

## Sheean, Christopher

| | |
|---|---|
| **From:** | Liza B. Balistreri [lbalistreri@dimontelaw.com] |
| **Sent:** | Tuesday, April 08, 2008 3:17 PM |
| **To:** | Sheean, Christopher |
| **Cc:** | Riccardo A. DiMonte |
| **Subject:** | RE: Square D. et. al. v. ESI, et. al. |

Chris,

Thank you for clarifying the time frame. My client will be available at his warehouse on April 30th from noon until 4:00 p.m. for the inspection.

Please confirm that you will execute a confidentiality agreement restricting the use of the information obtained to this litigation only.

Mr. Ambros will continue to agree to the terms of the preliminary injunction order, which enjoins him from selling any products bearing the Square D, Schneider Electric, Telemecanique and/or Merlin Gerin marks. He will make any purchase records (hard copies and/or electronic records) available for the inspection.

**Liza B. Balistreri**
DiMonte & Lizak, LLC
216 Higgins Road
Park Ridge, IL 60068
Phone: (847) 698-9600
Fax: (847) 698-9623

**From:** Sheean, Christopher [mailto:sheean@wildman.com]
**Sent:** Monday, April 07, 2008 2:02 PM
**To:** Liza B. Balistreri
**Cc:** Riccardo A. DiMonte
**Subject:** RE: Square D. et. al. v. ESI, et. al.

Liza,

I won't really know how long the inspection will take until we get down there and see what's there. We are planning on getting to ESI about 12, conducting the inspection, and leaving no later than 4 p.m. The 4/30 date was one of the dates your client proposed, which is why we selected it.

Please also confirm that your client will agree to the terms of the preliminary injunction consent decree. Specifically, that he will cease and desist from offering to sell or selling any products bearing the Square D, Schneider Electric, Telemecanique and/or Merlin Gerin marks. Also, please confirm that he will make available and refrain from destroying all records of purchases and sales since January 1, 2006, as well as all computer or electronic records. Please note that this request covers ESI, ESI of Central Florida, Inc., pushbuttonsdirect, Source Automation, and any other companies that Mr. Ambros has owned or operated since January 1, 2006.

Chris

**Christopher T. Sheean**
**Wildman Harrold Allen & Dixon LLP**
225 W. Wacker Drive
Suite 2800
Chicago, Illinois 60606
T: (312) 201-2997

EXHIBIT B

**ebaY**®

Welcome! Sign in or register.

Site M

Search  Advanced Search    Buy  Sell  My eBay  Community  Hel

Categories ▾  Motors  Express  Stores

Home > All Categories                                                                    Text-only form

## Items for Sale by 123ambros ( 1048 ★ )  🏠 Visit seller's eBay Store!

| All Items | Auctions | Buy It Now |
|-----------|----------|------------|

All Categories  ▾   Search   Advanced Search
☐ Search title and description

<table>
<tr><td><b>Narrow Your Results</b></td><td colspan="2"><b>130 items found</b>   ( Save this search )<br>Show only: Items from seller <b>123ambros</b> Show all</td></tr>
</table>

List View | Picture Gallery                        Sort by: Best Match ▾  Customize Displa

**Search Options**

| Item Title | Bids | Price* | Shipping to USA | Time Left |
|------------|------|--------|-----------------|-----------|
| TELEMECANIQUE / SQUARED LC1D1210 F7 "NEW" 20 PCS LOT (20)--"NEW" LC1D1210 F7 CONTACTOR WITH 110 V COIL | ₽ ⚡*Buy It Now* | $300.00 | Free | 22h 38m |
| TELEMECANIQUE ZB2BD2 2-POSITION SELECTOR SWITCH 25 PCS (25)--22mm BLACK 2-POSITION MAINTAINED SELECTOR SWITCH | ₽ ⚡*Buy It Now* | $125.00 | $15.00 | 22h 33m |
| IDEC ABW111B PUSHBUTTON (22mm BLACK FLUSH) 25 PCS.NEW (25)--"NEW" 22mm BLACK FLUSH MOMENTARY 1-NO 1-NC | ₽ ⚡*Buy It Now* | $100.00 | $15.00 | 2h 12m |

🔍 Enlarge

EXHIBIT C



☐ Completed listings
☐ Listings
   Ending within ▾
   1 hour ▾
☐ Items priced
   ☐ to ☐
☑ Items from seller
   123ambros

Customize options displayed above.

**Seller Information**

123ambros ( 1048 ★ )

Feedback rating  1048
Positive Feedback: 99.7%
Member since Apr-24-00 in United
States

Read feedback reviews
Add seller to Favorites

**Visit seller's eBay Store!**
🏬 SOURCE AUTOMATION

| | | | | | |
|---|---|---|---|---|---|
| TELEMECANIQUE / SQUARED GV2-ME16 9--14 A "NEW" 2 Pcs<br>(2) -- " NEW" GV2-ME16 9--14 A MOTOR CONTROL | 🅿 =Buy It Now | $50.00 | $15.00 | 22h 16m |
| TELEMECANIQUE / SQUARED GV2-ME16 9--14 A "NEW" 2 Pcs<br>(2) -- " NEW" GV2-ME16 9--14 A MOTOR CONTROL | 🅿 =Buy It Now | $50.00 | $15.00 | 22h 20m |
| TELEMECANIQUE / SQUARED GV2-ME21 17-23 A "NEW" 2 Pcs<br>(2) -- " NEW" GV2-ME21 17-23 A MOTOR CONTROL | 🅿 =Buy It Now | $50.00 | $15.00 | 22h 05m |
| TELEMECANIQUE ZB2BT4 NEW E-STOP RED MUSHROOM 50 PCS.<br>40mm RED MUSHROOM PUSH-PULL TYPE WITH COLLAR 50 PCS. | 🅿 =Buy It Now | $225.00 | $15.00 | 22h 34m |
| TELEMECANIQUE "NEW" LC1D1810F7 CONTACTOR 12 UNITS<br>(12) --- "NEW" LC1D1810 F7 CONTACTORS 110 VAC COIL | 🅿 =Buy It Now | $250.00 | $15.00 | 15h 12m |
| "NEW" INDUSTRIAL SAFETY FOOT SWITCH--SINGLE PEDAL 2pcs<br>(2)-UNITS "NEW" METAL SAFETY FOOT SWITCH 6A 250 VAC | 🅿 =Buy It Now | $50.00 | $15.00 | 15h 14m |
| IDEC ABW111B PUSHBUTTON (22mm BLACK FLUSH) 25 PCS.NEW<br>(25)--"NEW" 22mm BLACK FLUSH MOMENTARY 1-NO 1-NC | 🅿 =Buy It Now | $100.00 | $15.00 | 22h 37m |

| | | | | | |
|---|---|---|---|---|---|
|  Enlarge | TELEMECANIQUE / SQUARED LRD10 OVERLOAD RELAY "NEW" (5) -- " NEW" LRD10 OVERLOAD RELAY 4 -- 6 AMP | ≋ Buy It Now | $75.00 | $15.00 | 22h 35m |
|  Enlarge | TELEMECANIQUE / SQUARED LC1D8011G7 CONTACTOR 2-PCS NEW (2)--" NEW" LC1D8011 G7 CONTACTOR WITH 120 VAC COIL | ≋ Buy It Now | $100.00 | $15.00 | 1d 16h 41m |
|  Enlarge | TELEMECANIQUE / SQUARED LC1D1210 F7 "NEW" 20 PCS LOT (20)--"NEW" LC1D1210 F7 CONTACTOR WITH 110 V COIL | ≋ Buy It Now | $300.00 | Free | 3d 38m |
|  Enlarge | TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J (10)-- "NEW" XCK-J10541 LIMIT SWITCH 3A 240VAC | ≋ Buy It Now | $200.00 | $15.00 | 3d 02h 01m |
|  Enlarge | TELEMECANIQUE / SQUARED LC1D2510G7 CONTACTOR 5-UNITS (5) ---"NEW" LC1D2510 G7 CONTACTOR 120 VAC COIL | ≋ Buy It Now | $100.00 | $15.00 | 15h 12m |
|  | IDEC ABW111B PUSHBUTTON (22mm BLACK FLUSH) 25 PCS.NEW (25)--"NEW" 22mm BLACK FLUSH MOMENTARY 1-NO 1-NC | ≋ Buy It Now | $100.00 | $15.00 | 1d 16h 42m |
|  Enlarge | TELEMECANIQUE / SQUARED LC1F225 110VAC COIL CONTACTOR NEW TELEMECANIQUE LC1F225 110VAC COIL CONTACTOR | ≋ Buy It Now | $200.00 | $25.00 | 21h 51m |

TELEMECANIQUE ZB2BA2 PUSHBUTTON

Enlarge

"NEW" 50 PCS.
22mm BLACK NON-ILL FLUSH PUSHBUTTON WITH
COLLAR 50 PCS

*P* *=BuyItNow*   $150.00  $15.00   2d 04h 28m


Enlarge

TELEMECANIQUE ZB2BE101 & ZB2BE102
CONTACT BLOCKS "NEW"
(250) NO AND (250) NC CONTACT BLOCKS "NEW"
500 PCS

*P* *=BuyItNow*   $600.00  $25.00   2d 12h 11m


Enlarge

"NEW" MERLIN GERIN 3-POLE 100 AMP
BREAKERS 15 Pcs
(15) --"NEW" MERLIN GERIN 3-POLE 100 AMP
BREAKERS

*P* *=BuyItNow*   $250.00  $25.00   3d 01h 57m


Enlarge

TELEMECANIQUE / SQUARED LC1D6511F7
CONTACTOR 2-PCS NEW
(2)--" NEW" LC1D6511 F7 CONTACTOR WITH 110 VAC
COIL

*P* *=BuyItNow*   $75.00  $15.00   3d 01h 59m


Enlarge

TELEMECANIQUE ZB2BD3 3-POSITION
SELECTOR SWITCH 25 PCS
(25)--22mm BLACK 3-POSITION MAINTAINED
SELECTOR SWITCH

*P* *=BuyItNow*   $125.00  $15.00   4d 11m


Enlarge

TELEMECANIQUE / SQUARED LC1D1210 F7
"NEW" 20 PCS LOT
(20)--"NEW" LC1D1210 F7 CONTACTOR WITH 110 V
COIL

*P* *=BuyItNow*   $300.00  Free   4d 13h 39m


Enlarge

TELEMECANIQUE "NEW" LC1D1810F7
CONTACTOR 12 UNITS
(12) --- "NEW" LC1D1810 F7 CONTACTORS 110 VAC
COIL

*P* *=BuyItNow*   $250.00  $15.00   3d 02h 04m

Enlarge

**TELEMECANIQUE / SQUARED LC1D0910F7 CONTACTOR "NEW"**
(10)---"NEW" LC1D0910 F7 9 AMP CONTACTOR 110 V COIL

≡Buy It Now   $125.00  Free   3d 04h 21m


Enlarge

**TELEMECANIQUE /SQUARED GV2-ME08 2.5 -4 A "NEW" 4 Pcs**
(4) -- " NEW" GV2-ME08 2.5 - 4 amp motor protector

≡Buy It Now   $75.00  $15.00   4d 13h 42m


Enlarge

**TELEMECANIQUE / SQUARED LC1D3201F7 CONTACTOR 10--UNITS**
( 10 ) "NEW" LC1D3201 F7 CONTACTOR 110 VAC COIL

≡Buy It Now   $250.00  $25.00   3d 01h 55m


Enlarge

**TELEMECANIQUE ZB2BE101 & ZB2BE102 CONTACT BLOCKS "NEW"**
(500) NO AND (500) NC CONTACT BLOCKS "NEW" 1000 PCS

≡Buy It Now   $1 150 00  Free   4d 05h 29m


Enlarge

**TELEMECANIQUE / SQUARED GV2-ME22 20-25 A "NEW" 3 Pcs**
(3) -- " NEW" GV2-ME22 20-25 A "NEW" motor circuit

≡Buy It Now   $75.00  $15.00   4d 13h 30m


Enlarge

**OMRON MY4N 110 VAC GENERAL PURPOSE RELAYS, 50 PCS, New**
50 PCS,- "NEW"--SEALED OMRON MY4N 110VAC RELAYS

≡Buy It Now   $125.00  $15.00   4d 13m


Enlarge

**OMRON MY4N 110 VAC GENERAL PURPOSE RELAYS, 50 PCS, New**
50 PCS,- "NEW"--SEALED OMRON MY4N 110VAC RELAYS

≡Buy It Now   $125.00  $15.00   4d 14m

**IDEC ABW111B PUSHBUTTON (22mm BLACK FLUSH) 25 PCS.NEW**

| | | | | | |
|---|---|---|---|---|---|
|  Enlarge | (25)--"NEW" 22mm BLACK FLUSH MOMENTARY 1-NO 1-NC | P ⫼Buy It Now | $100.00 | $15.00 | 4d 13h 44m |
|  Enlarge | TELEMECANIQUE LIMIT SWITCH XCMA-102 (10)-"NEW" UNITS (10)-- NEW XCMA-102 LIMIT SWITCH 3-METER CALE | P ⫼Buy It Now | $200.00 | $15.00 | 4d 13h 48m |
|  Enlarge | TELEMECANIQUE LIMIT SWITCH XCMA-102 (10)-"NEW" UNITS (10)-- NEW XCMA-102 LIMIT SWITCH 3-METER CALE | P ⫼Buy It Now | $200.00 | $15.00 | 4d 13h 50m |
|  Enlarge | TELEMECANIQUE / SQUARED LA1DN11 AUX. CONTACT NEW-10 Pcs (10) UNITS --" NEW" LA1-DN11 AUX. CONTACT BLOCK | P ⫼Buy It Now | $50.00 | $15.00 | 5d 02h 48m |
|  Enlarge | TELEMECANIQUE "NEW" LC1D1810F7 CONTACTOR 50 UNITS (50) --- "NEW" LC1D1810 F7 CONTACTORS 110 VAC COIL | P ⫼Buy It Now | $950.00 | $25.00 | 4d 13h 32m |
|  Enlarge | IDEC ABW120 PUSHBUTTON (22mm GREEN FLUSH) 25 PCS.NEW (25)--"NEW" 22mm GREEN FLUSH MOMENTARY 2-NO CONTACTS | P ⫼Buy It Now | $100.00 | $15.00 | 5d 02h 46m |
|  Enlarge | OMRON MY4N-24VDC GENERAL PURPOSE RELAYS, 50 PCS, NIB 50 PCS,- "NEW"--SEALED CARTON OMRON MY4N-24VDC RELAYS | P ⫼Buy It Now | $125.00 | $15.00 | 4d 13h 54m |

| | | | | | |
|---|---|---|---|---|---|
|  Enlarge | **TELEMECANIQUE / SQUARED LC1D3210G7 CONTACTOR 10-UNITS** ( 10 ) "NEW" LC1D3210 G7 CONTACTOR 120 VAC COIL | *Buy It Now* | $250.00 | $25.00 | 4d 13h 17m |
|  | **TELEMECANIQUE ZB2BD2 2-POSITION SELECTOR SWITCH 25 PCS** (25)--22mm BLACK 2-POSITION MAINTAINED SELECTOR SWITCH | *Buy It Now* | $125.00 | $15.00 | 16d 01h 41m |
|  Enlarge | **TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J** (10)-- "NEW" XCK-J10541 LIMIT SWITCH 3A 240VAC | *Buy It Now* | $200.00 | $15.00 | 5d 20h 38m |
|  | **TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J** (10)-- "NEW" XCK-J10541 LIMIT SWITCH 3A 240VAC | *Buy It Now* | $200.00 | $15.00 | 17d 02h 20m |
|  | **TELEMECANIQUE ZB2BZ105** (20) NO AND (20) NC CONTACT BLOCKS WITH MOUNTING COLLAR | *Buy It Now* | $65.00 | $15.00 | 14d 21h 07m |
|  Enlarge | **TELEMECANIQUE / SQUARED LC1D6511F7 CONTACTOR 4-PCS NEW** (4)--" NEW" LC1D6511 F7 CONTACTOR WITH 110 VAC COIL | *Buy It Now* | $150.00 | $15.00 | 16d 09m |
|  | **DL1CE024 INCANDESCENT REPLACEMENT LAMPS** (100) DL1CE024 REPLACEMENT LAMPS FOR ZA2 AND ZB2 | *Buy It Now* | $50.00 | $15.00 | 14d 21h 03m |
|  | **TELEMECANIQUE / SQUARED LC1D6511F7 CONTACTOR 2-PCS NEW** (2)--" NEW" LC1D6511 F7 CONTACTOR WITH 110 VAC COIL | *Buy It Now* | $75.00 | $15.00 | 16d 06h 17m |



TELEMECANIQUE "NEW" LC1D1810F7
CONTACTOR 12 UNITS
(12) --- "NEW" LC1D1810 F7 CONTACTORS 110 VAC
COIL

*Buy It Now*   $250.00   $15.00   4d 19h 05m

TELEMECANIQUE "NEW" LC1D1810F7
CONTACTOR 12 UNITS
(12) --- "NEW" LC1D1810 F7 CONTACTORS 110 VAC
COIL

*Buy It Now*   $250.00   $15.00   4d 20h 42m

LC1-K MINI-CONTACTORS 130-UNITS
"NEW" SOLD AS 1 LOT
( 130 ) "NEW" LC1-K SOLD AS 1 LOT ASSORTED 6 - 9
AMP

*Buy It Now*   $150.00   $25.00   6d 04h 49m

TELEMECANIQUE /SQUARED GV2-ME08
2.5 -4 A "NEW" 4 Pcs
(4) -- " NEW" GV2-ME08 2.5 - 4 amp motor protector

*Buy It Now*   $75.00   $15.00   17d 01h 01m

**Page 1 of 3**

◁ Previous  **1** | 2 | 3  Next ➡

Go to pa
G

\* Items that are listed in a currency other than U.S. dollars display the converted amount in italicized text. Converte
amounts shown are estimates based on Bloomberg's conversion rates. If you need to get recent exchange rates,
please use the Universal Currency Converter

**Tools:**  My eBay Favorites  |  Want It Now  |  RSS  Learn more about RSS feeds

Note: Shipping amount may not reflect all shipping options offered by the seller. Other shipping options may have
different charge. Final shipping charges will be determined during checkout.

## What else can you do?

◀ Back to home  |  ▲ Top of page

This page was last updated: Apr-10 14:29

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owner Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy

eBay official time



Hi, chicago_swimmer! (Not you? Sign in)

Buy | Sell | My eBay | Community | Help

Site Map

All Categories    [ Search ]    Advanced Search

**Categories ▼**   **Motors**   **Express**   **Stores**

eBay Security & Resolution Center

Home > Community > Feedback Forum > **Feedback Profile**

See what's new

# Feedback Profile

## Member Details



**1978euclid ( 1104 ★ )**

Member since Apr-24-00 in United States

**Lifetime Summary:** Positives: 1107   Negatives: 3   |   Positive Feedback: 99.7%

| Recent Feedback Ratings (last 12 months) | 1 month | 6 months | 12 months |
|---|---|---|---|
| ⊕ Positive | 77 | 312 | 967 |
| ⊘ Neutral | 0 | 0 | 0 |
| ⊖ Negative | 0 | 1 | 2 |

| Detailed Seller Ratings (last 12 months) | Average rating | Number of ratings |
|---|---|---|
| Item as described | ★★★★★ | 223 |
| Communication | ★★★★½ | 221 |
| Shipping time | ★★★★½ | 220 |
| Shipping and handling charges | ★★★★½ | 223 |

**Member Quick Links**

Contact member
View items for sale
View seller's Store
View more options ▾

Feedback as a seller   |   Feedback as a buyer   |   All Feedback   |   Feedback left for others

**1,430** Feedback received (viewing 1-100)                                     Ratings mutually withdrawn: 0

| Feedback | From Buyer / Price | Date / Time |
|---|---|---|
| ⊕ Fast delivery! Great transaction! A+++ Thanks!! | | May-14-08 11:04 |

**EXHIBIT D**

| | | hd_cruz ( 107 ⭐ ) | |
|---|---|---|---|
| | OMRON TYPE LIMIT SWITCH "NEW" D4D-2120 10-UNITS (#310046093802) | US $125.00 | View Item |
| ➕ | As described, prompt shipper, buyer very satisfied with transaction. | tct5855 ( 222 ⭐ ) | May-13-08 16:50 |
| | TELEMECANIQUE / SQUARED LC1D0910F7 CONTACTOR "NEW" (#310047120146) | US $112.50 | View Item |
| ➕ | GREAT EBAY SELLER !!!!!!!!!!!!!!!!!! | captkds ( 250 ⭐ ) | May-13-08 11:52 |
| | TELEMECANIQUE ZB2BJ2 2-POSITION SELECTOR EXTENDED (#310047549044) | US $175.00 | View Item |
| ➕ | A+ Fast Ship Thanks | 500v10 ( 582 ⭐ ) | May-13-08 11:13 |
| | TELEMECANIQUE / SQUARED LRD08 OVERLOAD RELAY "NEW" (#310029844460) | US $75.00 | View Item |
| ➕ | Item as described. Fast shipping and well packaged. Good transaction!! | tarantinatoriv ( 41 ☆ ) | May-13-08 05:36 |
| | TELEMECANIQUE "NEW" LC1D18G7 CONTACTOR 5 UNITS (#310027246995) | US $125.00 | View Item |
| ➕ | a ok | dpaulson2 ( 439 ⭐ ) | May-12-08 16:39 |
| | TELEMECANIQUE "NEW" LC1D50 F7 CONTACTOR 2 UNITS (#310027226685) | US $75.00 | View Item |
| ➕ | a ok | dpaulson2 ( 439 ⭐ ) | May-12-08 16:39 |
| | TELEMECANIQUE / SQUARED LC1D4011F7 CONTACTOR NEW 2-PCS. (#310027234121) | US $75.00 | View Item |
| ➕ | a ok | dpaulson2 ( 439 ⭐ ) | May-12-08 16:39 |
| | TELEMECANIQUE / SQUARED LRD14 OVERLOAD RELAY "NEW" (#310043147439) | US $50.00 | View Item |
| ➕ | fast shipping, just what i needed | joebrancatelli ( 46 ☆ ) | May-12-08 10:24 |
| | TELEMECANIQUE / SQUARED LC1D2501F7 CONTACTOR 5-UNITS (#310027586319) | US $100.00 | View Item |
| ➕ | fast shipping, with what i needed | joebrancatelli ( 46 ☆ ) | May-12-08 10:21 |
| | TELEMECANIQUE / SQUARED LC1D32 F7 CONTACTOR 4-UNITS (#310027082693) | US $100.00 | View Item |

| | | |
|---|---|---|
| Good communication, fast shipping, product as advertised. A++++ | itech2005 (private) | May-12-08 09:20 |
| OMRON PYF-14A RELAY SOCKETS FOR MY4 TYPE RELAYS (#270089565210) | US $50.00 | View Item |
| fast shipping AAAAAAAA+++++++++++++++ | wwwgotoauctionbagcom ( 283 ★ ) | May-09-08 10:50 |
| TELEMECANIQUE / SQUARED LC1D6511F7 CONTACTOR 4-PCS NEW (#310027002073) | US $150.00 | View Item |
| fast shipping AAAAAAAA+++++++++++++++ | wwwgotoauctionbagcom ( 283 ★ ) | May-09-08 10:50 |
| TELEMECANIQUE / SQUARED LRD21 OVERLOAD RELAY "NEW" (#310029850773) | US $75.00 | View Item |
| fast shipping AAAAAAAA+++++++++++++++ | wwwgotoauctionbagcom ( 283 ★ ) | May-09-08 10:50 |
| TELEMECANIQUE / SQUARED LR2D3359 OVERLOAD RELAY "NEW" (#310045244738) | US $65.00 | View Item |
| fast shipping AAAAAAAA+++++++++++++++ | wwwgotoauctionbagcom ( 283 ★ ) | May-09-08 10:50 |
| TELEMECANIQUE / SQUARED LC1D2510G7 CONTACTOR 5- PCS (#310027595482) | US $100.00 | View Item |
| THANK YOU FOR YOUR SALE | electricos.especializados ( 43 ☆ ) | May-09-08 06:23 |
| SICK OPTIC SENSORS "NEW" OLD STOCK CLOSEOUT 10-UNITS (#310048583887) | US $50.00 | View Item |
| Great Service & quick shipping - will shop again!!! | mr.iceguy ( 100 ★ ) | May-08-08 05:27 |
| "SPECIAL CONTROL LIST PACKAGE" 50 PCS. (#310046868425) | US $335.00 | View Item |
| great service | 1971amott ( 19 ☆ ) | May-07-08 12:22 |
| TELEMECANIQUE LIMIT SWITCH XCMA-102 (10)-"NEW" UNITS (#310039480425) | US $200.00 | View Item |
| great service quick delivery | 1971amott ( 19 ☆ ) | May-07-08 12:21 |
| TELEMECANIQUE LIMIT SWITCH XCMA-102 (10)-"NEW" UNITS (#310039480596) | US $200.00 | View Item |
| good item | chungo70 ( 43 ☆ ) | May-07-08 01:54 |
| TELEMECANIQUE / SQUARED LC1F225 110VAC COIL CONTACTOR (#310037384906) | US $200.00 | View Item |
| fast shipping . smooth transaction , great ebayer a+++ | | May-05-08 05:50 |

| | | 254benoit ( 112 ★ ) | |
|---|---|---|---|
| | TELEMECANIQUE / SQUARED 4--LC1F225 / 3--LC1F150 120VAC (#310042648818) | US $1,250.00 | View Item |
| ⊕ | as good as it gets thanx | gsskpt ( 27 ☆ ) | May-01-08 18:31 |
| | OMRON MY4N-24VDC GENERAL PURPOSE RELAYS, 50 PCS, NIB (#310041858369) | US $125.00 | View Item |
| ⊕ | as good as it gets thanx | gsskpt ( 27 ☆ ) | May-01-08 18:31 |
| | OMRON PYF-14A RELAY SOCKETS FOR MY4 TYPE RELAYS (#270089565210) | US $50.00 | View Item |
| ⊕ | as good as it gets thanx | gsskpt ( 27 ☆ ) | May-01-08 18:31 |
| | OMRON MY4N 110 VAC GENERAL PURPOSE RELAYS, 50 PCS, New (#310041865518) | US $125.00 | View Item |
| ⊕ | A+ Fast Ship Thanks | 500v10 ( 582 ★ ) | May-01-08 16:33 |
| | TELEMECANIQUE / SQUARED LRD08 OVERLOAD RELAY "NEW" (#310029844460) | US $75.00 | View Item |
| ⊕ | PERFECT ITEM, HANDLED VERY PROFESSIONALLY. TOP-NOTCH EBAYER | robballelectric ( 13 ☆ ) | May-01-08 14:04 |
| | TELEMECANIQUE / SQUARED LC1F115 120VAC COIL CONTACTOR (#310043523187) | US $500.00 | View Item |
| ⊕ | good deal a ++++ | breaker1944 ( 491 ★ ) | May-01-08 06:12 |
| | NAIS AZ8108 VL MINI LIMIT SWITCH "NEW" 12 PCS. 5 A (#310029387736) | US $100.00 | View Item |
| ⊕ | great | aircraftautomation ( 246 ★ ) | May-01-08 03:38 |
| | OMRON NEW PLC LOT ASSORTED 6-PCS (#310043516445) | US $325.00 | View Item |
| ⊕ | Great price, Great item, Great shipping, Thanks | cgbg1980 ( 41 ☆ ) | Apr-30-08 14:56 |
| | TELEMECANIQUE /SQUARED GV2-ME08 2.5 -4 A "NEW" 4 Pcs (#310027298456) | US $75.00 | View Item |
| ⊕ | Excellent Service. Thank you. | joshemmick ( 54 ★ ) | Apr-30-08 07:21 |
| | TELEMECANIQUE ZB2BE101 & ZB2BE102 CONTACT BLOCKS "NEW" (#310042443654) | US $600.00 | View Item |

| | | |
|---|---|---|
| this guy is great! excellent communication and product, nothing but good to say! | jilightfoot1 ( 55 ★ ) | Apr-29-08 13:45 |
| TELEMECANIQUE / SQUARED LRD3361 OVERLOAD RELAY "NEW" (#310039944539) | US $100.00 | View Item |
| THIS SELLER CAN NOT BE BEAT!! SUPER FAST SHIPPING!! AWESOME PACKAGING!! | skitzblitz ( 690 ★ ) | Apr-28-08 21:58 |
| LC1-K MINI-CONTACTORS 130-UNITS "NEW" SOLD AS 1 LOT (#310039978186) | US $150.00 | View Item |
| Fast delivery. a+ | industrialfab ( 270 ★ ) | Apr-26-08 14:29 |
| TELEMECANIQUE ZB2BE101 & ZB2BE102 CONTACT BLOCKS "NEW" (#310028940455) | US $1,150.00 | View Item |
| Perfect. Everything good, just the way it should be. | misao04 ( 15 ☆ ) | Apr-26-08 08:36 |
| TELEMECANIQUE ZB2BZ105 (#310026651097) | US $65.00 | View Item |
| no problems. Everything went smooth. | misao04 ( 15 ☆ ) | Apr-26-08 08:34 |
| TELEMECANIQUE / SQUARED LC1D4011F7 CONTACTOR NEW 2-PCS. (#310036948370) | US $75.00 | View Item |
| Just as described, will be doing business again | joebrancatelli ( 46 ☆ ) | Apr-25-08 20:22 |
| TELEMECANIQUE / SQUARED LC1D6511F7 CONTACTOR 2-PCS NEW (#310039058594) | US $75.00 | View Item |
| Great Service. Thank you. | joshemmick ( 54 ★ ) | Apr-24-08 08:25 |
| TELEMECANIQUE / SQUARED GV2-ME16 9--14 A "NEW" 4 Pcs (#310043505405) | US $100.00 | View Item |
| Super fast shipment. AAAAAA+++++++++ | rayray1848 ( 555 ★ ) | Apr-24-08 07:41 |
| TELEMECANIQUE / SQUARED LRD3361 OVERLOAD RELAY "NEW" (#310039852407) | US $100.00 | View Item |
| THE ITEMS I BOUGHT WERE EXACTLY AS SPECIFED,PROMT SERVICE,EXCELLENT E-BAYER | jerrymartinez1964 ( 5 ) | Apr-23-08 15:35 |
| "NEW" INDUSTRIAL SAFETY FOOT SWITCH--SINGLE PEDAL 2pcs (#310040427839) | US $50.00 | View Item |
| contactors were new, price was good, shipment was prompt thanks | brianf2256 ( 52 ★ ) | Apr-23-08 14:21 |
| TELEMECANIQUE / SQUARED LC1D6511F7 CONTACTOR 2-PCS NEW (#310039853969) | US $75.00 | View Item |

| | | |
|---|---|---|
| ⊕ Good Description, Good Shipping, Good Communication, Overall, Great! 5* eBayer! | 87011746 ( 880 ⭐ ) | Apr-21-08 06:36 |
| TELEMECANIQUE / SQUARED LR2D3357 OVERLOAD RELAY "NEW" (#310038109566) | US $65.00 | View Item |
| ⊕ Good Description, Good Shipping, Good Communication, Overall, Great! 5* eBayer! | 87011746 ( 880 ⭐ ) | Apr-21-08 06:35 |
| TELEMECANIQUE / SQUARED LC1D80G7 CONTACTOR 2-PCS NEW (#310038086171) | US $100.00 | View Item |
| ⊕ Good Description, Good Shipping, Good Communication, Overall, Great! 5* eBayer! | 87011746 ( 880 ⭐ ) | Apr-21-08 06:35 |
| TELEMECANIQUE / SQUARED LC1D80G7 CONTACTOR 2-PCS NEW (#310038080377) | US $100.00 | View Item |
| ⊕ Good Description, Good Shipping, Good Communication, Overall, Great! 5* eBayer! | 87011746 ( 880 ⭐ ) | Apr-21-08 06:35 |
| TELEMECANIQUE / SQUARED LRD3361 OVERLOAD RELAY "NEW" (#310037716109) | US $100.00 | View Item |
| ⊕ item arrived as described | willgil1981 ( 36 ☆ ) | Apr-21-08 06:27 |
| TELEMECANIQUE / SQUARED LRD16 OVERLOAD RELAY "NEW" (#310037702185) | US $35.00 | View Item |
| ⊕ Great Transaction........Super for Ebay.........AAAAA++++++ | ahalbert ( 1090 ⭐ ) | Apr-19-08 16:38 |
| Telemecanique ZB2BE101 & ZB2BE102 Contact Blocks New (#310036121221) | US $125.00 | View Item |
| ⊕ Great Transaction........Super for Ebay.........AAAAA++++++ | ahalbert ( 1090 ⭐ ) | Apr-19-08 16:38 |
| TELEMECANIQUE ZB2BD2 2-POSITION SELECTOR SWITCH 25 PCS (#310036130992) | US $125.00 | View Item |
| ⊕ Great Transaction........Super for Ebay.........AAAAA++++++ | ahalbert ( 1090 ⭐ ) | Apr-19-08 16:38 |
| TELEMECANIQUE ZB2BD3 3-POSITION SELECTOR SWITCH 25 PCS (#310037122108) | US $125.00 | View Item |
| ⊕ a+++++++++++++++++++++++++++++++++++++++++++ | sst3447 ( 39 ☆ ) | Apr-19-08 06:50 |
| CA2-DN22 F7 COIL CONTROL RELAY 20-UNITS (#310026728951) | US $60.00 | View Item |
| ⊕ very efficient, thanks | bergeron972 ( 22 ☆ ) | Apr-19-08 00:25 |
| TELEMECANIQUE /SQUARED LC2D65004 B7 REVERSING CONTACTOR (#310030289353) | US $75.00 | View Item |

| | | | |
|---|---|---|---|
| ⊕ | very efficient, thanks | bergeron972 ( 22 ☆ ) | Apr-19-08 00:25 |
| | TELEMECANIQUE /SQUARED LC2D65004 M7 REVERSING CONTACTOR (#310030730275) | US $75.00 | View Item |
| ⊕ | very efficient, thanks | bergeron972 ( 22 ☆ ) | Apr-19-08 00:25 |
| | TELEMECANIQUE /SQUARED LC2D65004 M7 REVERSING CONTACTOR (#310030730022) | US $75.00 | View Item |
| ⊕ | Good transaction | tarantinatoriv ( 41 ☆ ) | Apr-18-08 10:40 |
| | TELEMECANIQUE / SQUARED LC1D09F7 CONTACTORS 10--UNITS (#310029043922) | US $125.00 | View Item |
| ⊕ | Good transaction | tarantinatoriv ( 41 ☆ ) | Apr-18-08 10:39 |
| | TELEMECANIQUE / SQUARE D GV2M06 MANUAL MOTOR STARTER (#310028525684) | US $50.00 | View Item |
| ⊕ | Fast Shipping Thanks AAAAAAAAAA++++++++++++++ | wwwgotoauctionbagcom ( 283 ★ ) | Apr-16-08 19:20 |
| | TELEMECANIQUE / SQUARED LC1D9511F7 CONTACTOR 2-PCS NEW (#310038371039) | US $100.00 | View Item |
| ⊕ | Very nice item promptly delivered!!!Thank you!!!!! | skinsfn ( 1244 ★ ) | Apr-16-08 16:00 |
| | OMRON F350-C12E "NEW IN THE BOX" VISION PRODESSING UNIT (#310037083251) | US $200.00 | View Item |
| ⊕ | excellent seller very good packaging | monney67 ( 75 ★ ) | Apr-15-08 17:55 |
| | TELEMECANIQUE / SQUARED LC1D32 F7 CONTACTOR 4-UNITS (#310027082384) | US $100.00 | View Item |
| ⊕ | excellent seller very good packaging | monney67 ( 75 ★ ) | Apr-15-08 17:34 |
| | TELEMECANIQUE / SQUARED LC1D40 F7 CONTACTOR 2-UNITS (#310027260825) | US $75.00 | View Item |
| ⊕ | excellent seller very good packaging | monney67 ( 75 ★ ) | Apr-15-08 17:34 |
| | LC1K0601 B7 COIL MINI-CONTACTOR 50-UNITS--NEW (1 LOT) (#310026724976) | US $200.00 | View Item |
| ⊕ | excellent seller very good packaging | monney67 ( 75 ★ ) | Apr-15-08 17:27 |
| | TELEMECANIQUE / SQUARED GV2-ME22 20-25 A "NEW" 3 Pcs (#310030659751) | US $75.00 | View Item |

| | | | |
|---|---|---|---|
| ⊕ | excellent seller very good packaging | monney67 ( 75 ★ ) | Apr-15-08 17:27 |
| | TELEMECANIQUE / SQUARE D GV2M06 MANUAL MOTOR STARTER (#310030659840) | US $50.00 | View Item |
| ⊕ | excellent seller very good packaging | monney67 ( 75 ★ ) | Apr-15-08 17:27 |
| | OMRON PYF-14A RELAY SOCKETS FOR MY4 TYPE RELAYS (#310026605339) | US $100.00 | View Item |
| ⊕ | excellent seller very good packaging | monney67 ( 75 ★ ) | Apr-15-08 17:27 |
| | TELEMECANIQUE / SQUARED LC1D12G7 (20)--NEW UNITS (#310026671974) | US $300.00 | View Item |
| ⊕ | AAA+++ Reliable, Fast Ship, Great Communication ebay Numero Uno ! | 1966stingray ( 288 ★ ) | Apr-15-08 03:23 |
| | TELEMECANIQUE / SQUARED LRD22 OVERLOAD RELAY "NEW" (#310029829185) | US $75.00 | View Item |
| ⊕ | received item with no problems thanks alot!!!!!!!!!!!!!!! | hiplains04 ( 1117 ★ ) | Apr-14-08 06:57 |
| | TELEMECANIQUE / SQUARED GV2-ME22 20-25 A "NEW" 4 Pcs (#310037375759) | US $100.00 | View Item |
| ⊕ | Great Item, Great Price, Quick Shipping! Thanks! | lakerdude33 ( 1186 ★ ) | Apr-10-08 20:33 |
| | TELEMECANIQUE / SQUARED LRD21 OVERLOAD RELAY "NEW" (#310029850773) | US $75.00 | View Item |
| ⊕ | Thanks ! You Can Buy Here with Confidence AAA+++ | 1966stingray ( 288 ★ ) | Apr-10-08 03:45 |
| | TELEMECANIQUE / SQUARED LC1D25G7 NEW STYLE CONTACTOR (#310027566636) | US $150.00 | View Item |
| ⊕ | Thank you for overpacking this auction. | arbor53 ( 8184 ★ ) | Apr-09-08 12:32 |
| | SICK OPTIC " NEW" CS1-P3611 COLOR SENSOR SPECIAL (#310033896333) | US $50.00 | View Item |
| ⊕ | Great Items Great price Great Shipping | cgbg1980 ( 41 ☆ ) | Apr-09-08 08:37 |
| | TELEMECANIQUE /SQUARED GV2-ME08 2.5 -4 A "NEW" 4 Pcs (#310027298456) | US $75.00 | View Item |
| ⊕ | would not hesitate to order again very satisfied with product and service | longislander705 ( 2 ) | Apr-09-08 07:27 |
| | TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J (#310034737820) | US $200.00 | View Item |
| ⊕ | GOOD EXPERIENCE | | Apr-08-08 09:26 |

| | | |
|---|---|---|
| Telemecanique ZB2BE101 & ZB2BE102 Contact Blocks New (#270089564905) | cszalay ( 65 ★ )  US $50.00 | View Item |
| ⊕ Great Items, Great Shipping | cgbg1980 ( 41 ☆ ) | Apr-07-08 20:28 |
| TELEMECANIQUE / SQUARED LC1D12G7 (20)--NEW UNITS (#310034724966) | US $300.00 | View Item |
| ⊕ arrived as expected no problems fine seller | acmayo ( 15 ☆ ) | Apr-06-08 11:21 |
| NAIS/AROMAT STYLE LIMIT SWITCH "NEW" AZ-7141 10-UNITS (#310014198892) | US $50.00 | View Item |
| ⊕ Great Seller +++++++++++++++++++++++++++++++++++++++++ | kingstonfox ( 45 ☆ ) | Apr-05-08 15:34 |
| NAIS/AROMAT STYLE LIMIT SWITCH "NEW" TZ-8104 10-UNITS (#310033117940) | US $75.00 | View Item |
| ⊕ Good transaction, fast shipping +++++++ | jhosep55 ( 101 ★ ) | Apr-04-08 17:55 |
| SICK OPTIC " NEW" NT6-03012 SENSOR SPECIAL (#310031693282) | US $150.00 | View Item |
| ⊕ Another satisfied purchase. Thank you for the good deal and fast shipping | the_good_junk_inn ( 2200 ★ ) | Apr-03-08 13:51 |
| Telemecanique ZB2BE101 & ZB2BE102 Contact Blocks New (#310036121221) | US $125.00 | View Item |
| ⊕ Thank you very much for sale | electricos.especializados ( 43 ☆ ) | Apr-02-08 19:38 |
| SICK OPTIC "NEW" 20- ASSORTED SENSOR LOT (#310033733869) | US $100.00 | View Item |
| ⊖ are selling replica of siemens the items are chinese not original | jyscargo ( 104 ★ ) | Apr-01-08 13:11 |
| TELEMECANIQUE / SQUARED LC1D32 F7 CONTACTOR 100-UNITS (#310028543014) | US $2,100.00 | View Item |
| ⊕ Excellent!! Product Was Exactly As Promised!! Thanks!!! | cragerpro ( 103 ★ ) | Mar-31-08 14:19 |
| TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J (#310032616220) | US $200.00 | View Item |
| ⊕ Item Received exactly as Described. Thankyou | velox44 ( 71 ★ ) | Mar-30-08 12:35 |
| TELEMECANIQUE /SQUARED GV2-ME08 2.5 -4 A "NEW" 4 Pcs (#310027298456) | US $75.00 | View Item |

| | | | |
|---|---|---|---|
| ⊕ | Item Received exactly as Described. Thankyou | velox44 ( 71 ★ ) | Mar-30-08 12:35 |
| | TELEMECANIQUE /SQUARED GV2-ME08 2.5 -4 A "NEW" 4 Pcs (#310028517651) | US $75.00 | View Item |
| ⊕ | Item Received exactly as Described. Thankyou | velox44 ( 71 ★ ) | Mar-30-08 12:35 |
| | TELEMECANIQUE / SQUARED GV2-ME10 4-6.3 A "NEW" 3 Pcs (#310028280259) | US $75.00 | View Item |
| ⊕ | Item Received exactly as Described. Thankyou | velox44 ( 71 ★ ) | Mar-30-08 12:35 |
| | TELEMECANIQUE / SQUARED GV2-ME10 4-6.3 A "NEW" 4 Pcs (#310027298014) | US $75.00 | View Item |
| ⊕ | Item Received exactly as Described. Thankyou | velox44 ( 71 ★ ) | Mar-30-08 12:35 |
| | TELEMECANIQUE / SQUARED GV2-ME14 6-10 A "NEW" 4 Pcs (#310017732169) | US $100.00 | View Item |
| ⊕ | Item Received exactly as Described. Thankyou | velox44 ( 71 ★ ) | Mar-30-08 12:35 |
| | TELEMECANIQUE / SQUARED GV2-ME14 6-10 A "NEW" 4 Pcs (#310017731841) | US $100.00 | View Item |
| ⊕ | One of the best Sellers Ive found on E Bay | velox44 ( 71 ★ ) | Mar-30-08 12:32 |
| | TELEMECANIQUE / SQUARED GV2-ME10 4-6.3 A "NEW" 4 Pcs (#310027297844) | US $75.00 | View Item |
| ⊕ | Very good seller.Thanks. | hohnercn ( 47 ☆ ) | Mar-30-08 01:48 |
| | SICK OPTIC SENSORS USED CLOSEOUT 5-UNITS 1-LOT AS-IS (#310030783894) | US $75.00 | View Item |
| ⊕ | Ebay reference # given and over-packed as requested. Thank you! | arbor53 ( 8184 ★ ) | Mar-28-08 11:57 |
| | OMRON E2CA-X5A SENSORS "NEW" CLOSEOUT 4-UNITS (#310030798178) | US $50.00 | View Item |
| ⊕ | Ebay reference # given and over-packed as requested. Thank you! | arbor53 ( 8184 ★ ) | Mar-28-08 11:45 |
| | TELEMECANIQUE ZA2BZ105 "NEW" 50 PCS (#310029542263) | US $150.00 | View Item |
| ⊕ | Smooth transaction. Just as described!!! | jocknpam ( 345 ★ ) | Mar-27-08 20:16 |
| | TELEMECANIQUE / SQUARED LRD21 OVERLOAD RELAY "NEW" (#310029850773) | US $75.00 | View Item |

| | | | |
|---|---|---|---|
| ⊕ Smooth transaction. Just as described!!! | jocknpam ( 345 ★ ) | Mar-27-08 20:16 | |
| TELEMECANIQUE / SQUARED GV2-ME21 17-23 A "NEW" 3 Pcs (#310030763899) | US $75.00 | View Item | |
| ⊕ Smooth transaction. Just as described!!! | jocknpam ( 345 ★ ) | Mar-27-08 20:16 | |
| TELEMECANIQUE / SQUARED LC1D3201G7 CONTACTOR 10-UNITS (#310030556226) | US $225.00 | View Item | |
| ⊕ Item as described, neatly packed, Quick ship, Thanks for a smooth transaction! | rtojessejames ( 83 ) | Mar-27-08 15:39 | |
| TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J (#310033376838) | US $200.00 | View Item | |
| ⊕ Quality product; quick shipping; very good vendor!!! | strick31539 ( 36 ☆ ) | Mar-27-08 09:25 | |
| TELEMECANIQUE ZA2BZ105 "NEW" 50 PCS (#310033128460) | US $150.00 | View Item | |
| ⊕ Fast Shipping! Good Deal...Thanks/ | jr861 ( 223 ★ ) | Mar-25-08 19:00 | |
| Telemecanique ZB2BE101 & ZB2BE102 Contact Blocks New (#310027318614) | US $65.00 | View Item | |
| ⊕ excellent seller | tpiwp ( 349 ★ ) | Mar-24-08 17:19 | |
| TELEMECANIQUE / SQUARED LRD12 OVERLOAD RELAY "NEW" (#310032045440) | US $75.00 | View Item | |
| ⊕ excellent seller | tpiwp ( 349 ★ ) | Mar-24-08 17:19 | |
| TELEMECANIQUE / SQUARED LC1D12G7 (20)--NEW UNITS (#310031716272) | US $300.00 | View Item | |
| ⊕ excellent seller | tpiwp ( 349 ★ ) | Mar-24-08 17:18 | |
| TELEMECANIQUE / SQUARED LRD12 OVERLOAD RELAY "NEW" (#310029832309) | US $75.00 | View Item | |
| ⊕ excellent seller | tpiwp ( 349 ★ ) | Mar-24-08 17:18 | |
| TELEMECANIQUE / SQUARED LRD10 OVERLOAD RELAY "NEW" (#310028536565) | US $75.00 | View Item | |
| ⊕ A+. Great seller. Good comunication. Thanks. | electricos1982 ( 1 ) | Mar-23-08 09:44 | |
| TELEMECANIQUE / SQUARED LC1D09F7 CONTACTORS 100--UNITS (#310030763295) | US $1,100.00 | View Item | |

Items per page: 25 | 50 | **100** | 200

**Page 1 of 15**                    ⬅ Previous  1 | 2 | 3 | 4 | 5 | 6 | 7  Next ➡                    Go to page _____ Go

**What would you like to do next?**

- Leave Feedback
- Reply to Feedback received
- Follow up to Feedback left

**Feedback Forum | Discussion Boards | Groups | Answer Center | Chat Rooms | Community Values**

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A., | |
| Plaintiffs, | |
| v. | CASE NO.: 07 C 6294 |
| ELECTRONIC SOLUTIONS, INC., and WILLIAM AMBROS, | Judge James B. Moran |
| Defendants. | |

### AFFIDAVIT OF CHRISTOPHER T. SHEEAN

I, Christopher T. Sheean, being duly sworn on oath, depose and state in support of Plaintiffs Motion to Open Discovery, Compel Production of Purchase and Sale Records and Award Sanctions:

1.     I am a partner at Wildman, Harrold, Allen & Dixon LLP, and have been retained to represent the Plaintiffs in this action.  I have personal knowledge of the matters contained in this affidavit..

2.     In conjunction with our representation of Plaintiffs in this action, I traveled to Plant City, Florida on April 30, 2008 to conduct an inspection of defendants' inventory bearing the trademarks Square D®, Scheider Electric®, Telemecanique®, or Merlin Gerin®.

3.     My travel costs for this trip were $537.40.  My expense report for the trip is attached hereto as Exhibit 1.

4.     I spent 18.2 hours total time in preparing for the inspection, conducting the inspection, communicating with my client regarding the findings of the inspection, and preparing the instant motion.  My billable rate is $475, a rate that is consistent with a litigation partner of

comparable experience in Chicago, Illinois. The total amount for my fees for the inspection and the instant motion total $8,645.00.

5.    Mr. Jeff Miller of Schneider Electric traveled from Raleigh, N.C. and joined me for the inspection, based on his knowledge and experience with Telemecanique® Contactors. Mr. Miller's travel expenses were $310.04. (See the May 14, 2008 email from Mr. Miller, attached as Exhibit 2).

6.    Mr. James Renie also traveled from Raleigh, N.C. and accompanied me on the inspection, based on his knowledge and experience with circuit breakers and sensors. Mr. Renie's travel expenses for the inspection were $320.45. (See the May 14, 2008 email from Mr. Renie detailing his expenses, attached as Exhibit 3).

7.    I retained Verasys LLC to assist in the imaging and analysis of electronic records on the computers of Defendants. Mr. Jesus Peña of Verasys traveled from Miami, FL and accompanied me on the inspection. The fees and expenses for Verasys were $2,271.50. (An invoice from Verasys for the work is attached as Exhibit 4).

Further affiant sayeth not. I affirm, under the penalties for perjury, that the foregoing representations are true.

_____
Christopher T. Sheean

SUBSCRIBED AND SWORN TO
before me this 14th day of May, 2008.


_____
Notary Public

"OFFICIAL SEAL"
BARBARA J BROZYNA
Notary Public, State of Illinois
My Commission Expires Aug. 12, 2011

# WILDMAN, HARROLD, ALLEN & DIXON
## Partner Reimbursement Report

Name: _____Christopher T. Sheean_____

Period Covered From: _____    04/30/08    To: _____    04/30/08

Attorney Billing No.: _____    1402

| Date | Client Name \ Description of Charge | CLIENT CHARGES | | | OFFICE CHARGES (1) | | | PPA | | |
|------|------------------------------------|-------|--------|---------------|-------------------|----------------|-------|-----------------|----------------|-------|
| | | Client/ Matter # | Amount | Entertainment (2) | Mgmt. Approval | Other | Entertainment (2) | Asset Purchases | Other |
| | Square D - ESI Travel to Plant City, FL inspection of ESI - | | | | | | | | | |
| 4/30 | Southwest Airlines | S8895.088 | 445.00 | | | | | | | |
| 4/30 | Mileage (22 miles @ $0.5 per mile) | S8895.088 | 11.11 | | | | | | | |
| 4/30 | Gold Coast @ Midway Airport | S8895.088 | 6.72 | | | | | | | |
| 4/30 | Parking @ Midway Airport | S8895.088 | 17.00 | | | | | | | |
| 4/30 | HMSHost @ Tampa Airport | S8895.088 | 2.14 | | | | | | | |
| 4/30 | HMSHost @ Tampa Airport | S8895.088 | 2.29 | | | | | | | |
| 4/30 | Whistle Stop, Tampa | S8895.088 | 5.72 | | | | | | | |
| 4/30 | Alamo Rental Car | S8895.088 | 47.42 | | | | | | | |

EXHIBIT 1

Page 1 of 2

Doc. # 1834364

| Date | Client Name \ Description of Client/ Charge | Client/ Matter # | CLIENT CHARGES Amount | CLIENT CHARGES Entertainment (2) | OFFICE CHARGES (1) Mgmt. Approval | OFFICE CHARGES (1) Other | OFFICE CHARGES (1) Entertainment (2) | PPA Asset Purchases | PPA Other |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| **COLUMN TOTALS** |  |  | $537.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  |

TOTAL $537.40
Less Total Advances $0.00
REIMBURSEMENT DUE $537.40

(1) Management Committee approval required for any travel, gifts, contributions and seminars charged to the Office rather than PPA. If you are submitting an expenditure of this type, you must have the Director of Administration indicate approval by initialing the designated column, BEFORE turning the expense report in to Accounting.

(2) Documentation of entertainment expense including meals (who, business connection, business purpose, what, when & where) is required.

**ADVANCES (date & amount):**

| | |
|---|---|
| $ | $ |
| $ | $ |
| $ | $ |

Signature: _____

*This signature affirms that all expenses listed above are related to the business activity of the firm.*

**Sheean, Christopher**

| | |
|---|---|
| **From:** | jeff-raleigh.miller@us.schneider-electric.com |
| **Sent:** | Wednesday, May 14, 2008 8:36 AM |
| **To:** | Sheean, Christopher |
| **Subject:** | Re: ESI Inspection |



pic32365.jpg (171
KB)

Chris,

Mine was $298.04, but add $12.00 to that for a airline reporting charge so the total is
$310.04.

(Embedded image moved to file: pic32365.jpg)

Regards,
Jeff




            "Sheean, Christopher"
            <sheean@wildman.com>

To
            05/13/2008 05:30 PM              <jeff-raleigh.miller@us.schneider-
electric.com>

cc
                                            <jim.renie@us.schneider-electric.com>,
"Jesus
                                            Pena" <jpena@dynasite.com>

Subject

                                            ESI Inspection






Jeff,

Could you please send me the total amount of your travel expenses for the inspection?

Thanks,

Chris

Christopher T. Sheean
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Drive

Exhibit 2

Suite 2800
Chicago, Illinois 60606
T: (312) 201-2997
F: (312) 416-4659
sheean@wildman.com

DISCLAIMER:
This communication, along with any documents, files or attachments, is intended only for
the use of the addressee and may contain legally privileged and confidential information.
If you are not the intended recipient, you are hereby notified that any dissemination,
distribution or copying of any information contained in or attached to this communication
is strictly prohibited. If you have received this message in error, please notify the
sender immediately and destroy the original communication and its attachments without
reading, printing or saving in any manner. This communication does not form any
contractual obligation on behalf of the sender or Wildman, Harrold, Allen & Dixon LLP.
Unless expressly stated otherwise, any tax advice in this message is not intended or
written to be used, and cannot be used by a taxpayer, for the purpose of avoiding
penalties that may be imposed on the taxpayer.  Please consult your tax attorney
regarding the form of tax advice that may be relied upon to avoid penalties under the
Internal Revenue Code.

This email has been scanned for SPAM content and Viruses by the MessageL abs Email
Security System. _____

**Sheean, Christopher** 1:07-cv-06294    Document 24-6    Filed 05/14/2008    Page 7 of 8

| | |
|---|---|
| **From:** | jim.renie@us.schneider-electric.com |
| **Sent:** | Wednesday, May 14, 2008 7:01 AM |
| **To:** | Sheean, Christopher |
| **Subject:** | Re: ESI/Square D |


Jim Renie - ER00283246 (submitted to Tracy Garner)

Airfare - $255.00
Travel Agency Fee - $12.00
Parking - $10.00
Lunch - $27.29
Mileage - $16.16

Total - $320.45

James C Renie
Sales and Marketing Alignment
Automation & Control - Schneider Electric
8001 Knightdale Blvd
919-266-8608 - Office
919-696-3591 - Cell
jim.renie@us.schneider-electric.com
AOL Instant Messenger - JCRENIE

                            EXHIBIT 3


**Verasys**
SHARP THINKING

# Invoice

66 West Flagler
Suite 401
Miami, FL 33130

| Date | Invoice # |
|------|-----------|
| 5/14/2008 | 3332 |

| Bill To |
|---------|
| Wildman Harrold LLP<br>Brian Lewis<br>225 W. Wache Dr.  Suite 3000<br>Chicago, Illinois  60606 |

| Tax ID # 16-1667634 | Terms | P.O. No. | Project |
|---------------------|-------|----------|---------|
| | Due on receipt | Square D | W07-06-0742 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 8 | JP- April 30, 2008: Forensic imaging, verification, and backup- Plant City | 225.00 | 1,800.00 |
| 1 | JP- May 7, 2008: Research computer. Files access dated verification. Search for documents related to ESI, Source Automation and Pushbuttonsdirect. | 225.00 | 225.00 |
| | SUBTOTAL | | 2,025.00 |
| | Administrative Fees @6% | 6.00% | 121.50 |
| | One 240GB (Hard Disk Storage) | 125.00 | 125.00 |
| | Tax | 7.00% | 0.00 |

| | **Total** | | $2,271.50 |
|---|-----------|---|-----------|

License No.
A 2300109

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 305-373-8488 | 305-373-8489 | www.verasysllc.com |

EXHIBIT 4