IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 07 C 6294 ) |
| ELECTRONIC SOLUTIONS, INC. and WILLIAM AMBROS, | ) Judge James B. Moran ) ) ) |
| Defendants. | ) |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION

Defendants Electronic Solutions, Inc. and William Ambros respectfully move this Court for an Order allowing Riccardo Anthony DiMonte and Liza Brianna Balistreri of DiMonte & Lizak to withdraw their Appearances in this case as counsel for Defendants and allowing John T. Williams, Laura S. McKay and Jason Nash of Hinkhouse Williams Walsh LLP to file Appearances as substitute counsel in this case.

Dated: June 18, 2008

Respectfully submitted,

By: _____
One of the Attorneys for Defendants
Electronic Solutions, Inc. and
William Ambros

Riccardo Anthony DiMonte
Liza Brianna Balistreri
DiMonte & Lizak, LLC
216 W. Higgins Road Suite 3400
Park Ridge, IL 60068
(847) 698-9600