IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> ELECTRONIC SOLUTIONS, INC. and WILLIAM AMBROS, <br><br> Defendants. | ) ) ) ) ) ) ) CASE NO. 07 C 6294 ) ) Judge James B. Moran ) ) ) |

## NOTICE OF MOTION

TO:  Brian W. Lewis
     Christopher Todd Sheean
     Edward Timothy Walker
     Wildman, Harold, Allen & Dixon, LLP
     225 West Wacker Drive
     Suite 3000
     Chicago, IL  60606

PLEASE TAKE NOTICE that on **June 24, 2008** at **9:00 a.m.**, we shall appear before the Honorable James B. Moran, or any judge sitting in his stead at 219 S. Dearborn, Chicago, Illinois, Room 1843, and then and there present **Defendants' Motion for Withdrawal and Substitution**, a copy of which is attached hereto.

Dated: June 18, 2008

Respectfully submitted,

By: _____
One of the Attorneys for Defendants
Electronic Solutions, Inc. and
William Ambros

Riccardo Anthony DiMonte
Liza Brianna Balistreri
DiMonte & Lizak, LLC
216 W. Higgins Road Suite 3400
Park Ridge, IL  60068
(847) 698-9600