IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>)<br>) |
| ELECTRONIC SOLUTIONS, INC., and WILLIAM AMBROS, | )<br>)<br>) |
| Defendants. | ) |

Case No. 07 C 6294

Judge James B. Moran

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on June 18, 2008, before 5:00 p.m., he caused a true and correct copy of **NOTICE OF MOTION and DEFENDANT'S MOTION FOR WITHDRAWAL AND SUBSTITUTION** to be served on all parties of record via CM/ECF.

                                                                   /s/Riccardo A. DiMonte

Riccardo A. DiMonte
ARDC# 6191706
Liza B. Balistreri
ARDC# 6288990
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068
847-698-9600
Firm ID 768