# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6294 | **DATE** | 6/24/2008 |
| **CASE TITLE** | SQUARE D COMPANY, et al vs. ELECTRONIC SOLUTIONS, INC., et al | | |

**DOCKET ENTRY TEXT**

Defendants motion for withdrawal and substitution [30] is granted. Riccardo Anthony DiMonte and Liza Brianna Balistreri are withdrawn as counsel for defendants . John T. Williams, Laura S. McKay and Jason Nash are granted leave to file substitute appearances on behalf of defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|