

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 07 C 6294

SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A.,
Plaintiffs,
v.
ELECTRONIC SOLUTIONS, INC. and William Ambros,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ELECTRONIC SOLUTIONS, INC., ESI OF CENTRAL FLORIDA, INC. and WILLIAM AMBROS

| | |
|---|---|
| NAME (Type or print) <br> Laura Sue McKay | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Laura Sue McKay | |
| FIRM <br> Hinkhouse Williams Walsh LLP | |
| STREET ADDRESS <br> 180 N. Stetson St., Suite 3400 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6207837 | TELEPHONE NUMBER <br> 312-784-5415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

FILED JUL 3 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT