

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 07 C 6294

SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A.,
Plaintiffs,
v.
ELECTRONIC SOLUTIONS, INC. and William Ambros,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ELECTRONIC SOLUTIONS, INC., ESI OF CENTRAL FLORIDA, INC. and WILLIAM AMBROS

| | |
|---|---|
| **NAME** (Type or print)<br>John T. Williams | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ John T. Williams | |
| **FIRM**<br>Hinkhouse Williams Walsh LLP | |
| **STREET ADDRESS**<br>180 N. Stetson St., Suite 3400 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6199208 | **TELEPHONE NUMBER**<br>312-784-5411 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |

FILED JUL 3 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT