IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SQUARE D COMPANY and SCHNEIDER ELECTRIC, S.A., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 07 C 6294 |
| ELECTRONIC SOLUTIONS, INC. and WILLIAM AMBROS, | ) ) ) ) | Judge James B. Moran |
| Defendants. | ) ) | |

**DEFENDANT ELECTRONIC SOLUTIONS, INC.'S
RULE 7.1 DISCLOSURE STATEMENT FORM**

The nongovernmental corporate party, Electronic Solutions, Inc. and ESI of Central Florida, Inc. (incorrectly sued as Electronic Solutions, Inc.), in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Respectfully submitted, this 3rd day of July, 2008.

John T. Williams
Laura S. McKay
Jason Nash
Hinkhouse Williams Walsh LLP
180 N. Stetson St., Suite 3400
Chicago, IL 60601
312 784 5400
312 784 5499 (Fax)
jwilliams@hww-law.com
lmckay@hww-law.com
jnash@hww-law.com