Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
312-201-2000
312-201-2555 fax
www.wildman.com



Christopher T. Sheean
312-201-2997
sheean@wildman.com

Wildman Harrold
*Attorneys and Counselors*

March 19, 2008

<u>Via Facsimile (847) 698-9623</u>
Mr. Riccardo A. DiMonte
Ms. Liza Balistreri
DiMonte and Lizak
216 Higgins Rd.
Park Ridge, Illinois 60068

Re: <u>Square D Company, et al., v. Electronic Solutions, Inc., et al</u>.
Case No. 07 C 6294

Dear Ric & Liza:

After sending out my letter earlier today, I took another look at Mr. Ambros' E-Bay web page, and noted that he has 144 items for sale, most of which are either Square D, Telemecanique, or both. For several of these items, Mr. Ambros states that he has hundreds available for sale. This finding is deeply troubling, as it demonstrates that Mr. Ambros is directly violating the Agreed Order the parties signed and filed on February 11, 2008, which precluded Ambros and ESI from selling any product that bears my clients' marks.

It is inconceivable to me that the single handwritten sheet of 26 items could represent the sum total of the items Mr. Ambros and his companies possess that bear one of my clients' registered marks. In addition to the items I requested, we also request that Mr. Ambros produce to us records of all sales and purchases of any of the items that bear my clients' marks, for each and every company that Mr. Ambros owns, works for, or operates. In addition, please instruct Mr. Ambros to cease all sales activities of items bearing the "Square D," "Telemecanique," "Schneider Electric," and/or "Merlin Gerin," and to confirm his understanding in the aforementioned affidavit.

Regards,

Christopher T. Sheean

CTS/hb

1863391-1                                       EXHIBIT 1