

Buy | Sell | My eBay | Community | H

Welcome! **Sign in** or **register**.

Site

| | All Categories ▼ | Search | Advanced Search |

**Categories ▼**   **Motors**   **Express**   **Stores**

eBay Security Resolution Cent

Home > Community > Feedback Forum > **Feedback Profile**

# Feedback Profile

See what's ne

## Member Details



**123ambros** ( 1029 ★ )

Member since Apr-24-00 in United States

**Lifetime Summary:** Positives: **1031**   Negatives: **2**   |   Positive Feedback: 99.8%

| **Recent Feedback Ratings** (last 12 months) | | | | **Detailed Seller Ratings** (since May 2007) | | |
|---|---|---|---|---|---|---|
| | 1 month | 6 months | 12 months | Criteria | Average rating | Number of ratings |
| ⊕ **Positive** | 46 | 516 | 973 | Item as described | ★★★★★ | 146 |
| ⊙ Neutral | 0 | 0 | 0 | Communication | ★★★★½ | 145 |
| ⊖ **Negative** | 0 | 0 | 1 | Shipping time | ★★★★★ | 143 |
| | | | | Shipping and handling charges | ★★★★½ | 145 |

Member Quick Li

Contact member
View items for sale
View seller's Store
View more options

| Feedback as a seller | Feedback as a buyer | All Feedback | Feedback left for others |

**1,336 Feedback received** (viewing 1-100)

Ratings mutually withdraw

| Feedback | From Buyer / Price | Date / Time |
|---|---|---|
| ⊕ Fast Shipping! Good Deal...Thanks/ | | Mar-25-08 19 |

EXHIBIT 2

| | | jr861 ( 218 ) | |
|---|---|---|---|
| | Telemecanique ZB2BE101 & ZB2BE102 Contact Blocks New (#310027318614) | US $65.00 | View Item |
| ➕ | excellent seller | tpiwp ( 342 ) | Mar-24-08 17 |
| | TELEMECANIQUE / SQUARED LRD12 OVERLOAD RELAY "NEW" (#310032045440) | US $75.00 | View Item |
| ➕ | excellent seller | tpiwp ( 342 ) | Mar-24-08 17 |
| | TELEMECANIQUE / SQUARED LC1D12G7 (20)--NEW UNITS (#310031716272) | US $300.00 | View Item |
| ➕ | excellent seller | tpiwp ( 342 ) | Mar-24-08 17 |
| | TELEMECANIQUE / SQUARED LRD12 OVERLOAD RELAY "NEW" (#310029832309) | US $75.00 | View Item |
| ➕ | excellent seller | tpiwp ( 342 ) | Mar-24-08 17 |
| | TELEMECANIQUE / SQUARED LRD10 OVERLOAD RELAY "NEW" (#310028536565) | US $75.00 | View Item |
| ➕ | A+. Great seller. Good comunication. Thanks. | electricos1982 ( 1 ) | Mar-23-08 09 |
| | TELEMECANIQUE / SQUARED LC1D09F7 CONTACTORS 100--UNITS (#310030763295) | US $1,100.00 | View Item |
| ➕ | just as described | aircraftautomation ( 167 ) | Mar-22-08 19 |
| | OMRON ASSORTED SENSORS "NEW" CLOSEOUT 9-UNITS 1-LOT (#310030806595) | US $100.00 | View Item |
| ➕ | good packing | indparts ( 256 ) | Mar-22-08 17 |
| | "NEW" MERLIN GERIN 3-POLE 63 AMP CIRCUIT BREAKERS 4Pcs (#310029733415) | US $75.00 | View Item |
| ➕ | good packing | indparts ( 256 ) | Mar-22-08 17 |
| | "NEW" MERLIN GERIN 3-POLE 100 AMP CIRCUIT BREAKERS 4Pcs (#310029727754) | US $100.00 | View Item |
| ➕ | Excellent condition. Fast shipping. Awesome!!!!!!!!!!!! | outletsaw ( 92 ) | Mar-22-08 13 |
| | TELEMECANIQUE / SQUARED LC1D6511F7 CONTACTOR 2-PCS NEW (#310027080892) | US $75.00 | View Item |

| | Feedback | User | Date |
|---|---|---|---|
| ➕ | as promised prompt response and shipping | tfc170 ( 50 ⭐ ) | Mar-22-08 06 |
| | TELEMECANIQUE / SQUARED LC1D2510G7 CONTACTOR 10 PCS (#310029727577) | US $200.00 | View Item |
| ➕ | Great transaction | daramichelle ( 79 ⭐ ) | Mar-22-08 05 |
| | TELEMECANIQUE / SQUARED LC1D40 F7 CONTACTOR 2-UNITS (#310027261561) | US $75.00 | View Item |
| ➕ | Items received as described! Thanks! | documentshredder ( 140 ⭐ ) | Mar-18-08 09 |
| | TELEMECANIQUE / SQUARED LC1D3210G7 CONTACTOR 4-UNITS (#310029384495) | US $100.00 | View Item |
| ➕ | Items received as described! Thanks! | documentshredder ( 140 ⭐ ) | Mar-18-08 09 |
| | TELEMECANIQUE / SQUARED LC1D3210G7 CONTACTOR 4-UNITS (#310029384319) | US $100.00 | View Item |
| ➕ | Good buy, fast shipping | nikisoccer ( 157 ⭐ ) | Mar-18-08 07 |
| | "NEW" INDUSTRIAL SAFETY FOOT SWITCH--SINGLE PEDAL 2pcs (#310028662260) | US $50.00 | View Item |
| ➕ | A+ Thanks | 500v10 ( 568 ⭐ ) | Mar-17-08 07 |
| | TELEMECANIQUE "NEW" LC1D18G7 CONTACTOR 5 UNITS (#310027246995) | US $125.00 | View Item |
| ➕ | A+ Thanks | 500v10 ( 568 ⭐ ) | Mar-17-08 07 |
| | TELEMECANIQUE / SQUARED LRD10 OVERLOAD RELAY "NEW" (#310030763741) | US $75.00 | View Item |
| ➕ | A+ Thanks | 500v10 ( 568 ⭐ ) | Mar-17-08 07 |
| | TELEMECANIQUE / SQUARED LRD16 OVERLOAD RELAY "NEW" (#310029839685) | US $125.00 | View Item |
| ➕ | Always a pleasure to do business with! Items as described, fast ship. A+++ | jango-fett2002 ( 197 ⭐ ) | Mar-14-08 14 |
| | IDEC ABW111B PUSHBUTTON (22mm BLACK FLUSH) 25 PCS.NEW (#310025743470) | US $100.00 | View Item |
| ➕ | Good product. Arrived as stated. | maggiehealthnut ( 327 ⭐ ) | Mar-14-08 13 |
| | LC1K0601 B7 COIL MINI-CONTACTOR 50-UNITS--NEW (1 LOT) (#310028935172) | US $200.00 | View Item |

| | Feedback | User | Price | Date | Link |
|---|---|---|---|---|---|
| ➕ | A+++++++++++++++++++++++++++++++++thank you | toneff_1 ( 326 ⭐ ) | | Mar-13-08 14 | |
| | OMRON MY4N-24VDC GENERAL PURPOSE RELAYS, 50 PCS, NIB (#310029869487) | | US $125.00 | | View Item |
| ➕ | A+ | joes68droptop ( 79 ⭐ ) | | Mar-11-08 12 | |
| | TELEMECANIQUE LIMIT SWITCH XCMA-102 (10)-"NEW" UNITS (#310026896028) | | US $200.00 | | View Item |
| ➕ | Received items exactly as described, fast ship, highly recommend, great ebayer | apurban ( 567 ⭐ ) | | Mar-11-08 08 | |
| | TELEMECANIQUE / SQUARED LRD12 OVERLOAD RELAY "NEW" (#310029311406) | | US $50.00 | | View Item |
| ➕ | Reveived item as described, fast ship, highly recommend, great ebayer | apurban ( 567 ⭐ ) | | Mar-10-08 09 | |
| | TELEMECANIQUE / SQUARED LRD06 OVERLOAD RELAY "NEW" (#310027487891) | | US $75.00 | | View Item |
| ➕ | Reveived item as described, fast ship, highly recommend, great ebayer | apurban ( 567 ⭐ ) | | Mar-10-08 09 | |
| | TELEMECANIQUE "NEW" LC1D18G7 CONTACTOR 5 UNITS (#310027246317) | | US $125.00 | | View Item |
| ➕ | great transaction | marihart1 ( 257 ⭐ ) | | Mar-10-08 07 | |
| | IDEC ABW120 PUSHBUTTON (22mm GREEN FLUSH) 25 PCS.NEW (#310025743103) | | US $100.00 | | View Item |
| ➕ | aaa+++ | debris5 ( 35 ⭐ ) | | Mar-09-08 12 | |
| | TELEMECANIQUE / SQUARED LC1D6511F7 CONTACTOR 2-PCS NEW (#310027234827) | | US $75.00 | | View Item |
| ➕ | aaa+++ | debris5 ( 35 ⭐ ) | | Mar-09-08 12 | |
| | TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J (#310027315457) | | US $200.00 | | View Item |
| ➕ | thanks very good vender | debris5 ( 35 ⭐ ) | | Mar-09-08 12 | |
| | TELEMECANIQUE / SQUARED LC1D3210G7 CONTACTOR 4-UNITS (#310027081528) | | US $100.00 | | View Item |
| ➕ | aaa +++ | debris5 ( 35 ⭐ ) | | Mar-09-08 12 | |
| | TELEMECANIQUE "NEW" LR2D3353 OVERLOAD RELAY 2-PCS (#310027078676) | | US $50.00 | | View Item |

| | | | |
|---|---|---|---|
| ➕ | Item as described, good eBayer. | dwarner301 ( 130 ⭐ ) | Mar-08-08 13 |
| | TELEMECANIQUE "NEW" LC1D1810F7 CONTACTOR 5 UNITS (#310026608506) | US $125.00 | View Item |
| ➕ | Item as described, good eBayer. | dwarner301 ( 130 ⭐ ) | Mar-08-08 13 |
| | TELEMECANIQUE / SQUARED LC1D3201G7 CONTACTOR 4-UNITS (#310026608073) | US $100.00 | View Item |
| ➕ | Item as described, good eBayer. | dwarner301 ( 130 ⭐ ) | Mar-08-08 13 |
| | KEYENCE "NEW" KV PLC SPECIAL 7 UNITS (#310026733445) | US $300.00 | View Item |
| ➕ | Thank you | ralph3580 ( 50 ⭐ ) | Mar-07-08 09 |
| | "NEW" INDUSTRIAL SAFETY FOOT SWITCH--SINGLE PEDAL 2pcs (#310028574845) | US $50.00 | View Item |
| ➕ | fast reply, fast shipping, great transaction :-) | sammy_the_cork ( 365 ⭐ ) | Mar-05-08 06 |
| | "NEW" INDUSTRIAL SAFETY FOOT SWITCH DOUBLE PEDAL 2pcs (#310026625597) | US $50.00 | View Item |
| ➕ | As described quick shipping will buy from again | dymonddan ( 610 ⭐ ) | Mar-04-08 17 |
| | TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J (#310026722334) | US $200.00 | View Item |
| ➕ | good transaction, will do business again | accretia ( 92 ⭐ ) | Mar-02-08 06 |
| | Telemecanique ZB2BE101 & ZB2BE102 Contact Blocks New (#270089564905) | US $50.00 | View Item |
| ➕ | Item as described. Good eBay'er | dwarner301 ( 130 ⭐ ) | Mar-01-08 10 |
| | LC1D25008 F7 4-POLE CONTACTOR " NEW" (5)-UNITS (#310024454922) | US $125.00 | View Item |
| ➕ | excellent service | kengill11 ( 286 ⭐ ) | Feb-29-08 10 |
| | TELEMECANIQUE / SQUARED LC1D09G7 CONTACTORS 10--UNITS (#310013955188) | US $125.00 | View Item |
| ➕ | fast shipping, item perfect many thanks | monney67 ( 64 ⭐ ) | Feb-27-08 17 |
| | TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J (#310012107593) | US $200.00 | View Item |

| | | | |
|---|---|---|---|
| ⊕ | fast shipping, item perfect many thanks | monney67 ( 64 ⭐ ) | Feb-27-08 17 |
| | TELEMECANIQUE / SQUARED GV2-ME08 2.5-4 A "NEW" 4 Pcs (#310012512166) | US $100.00 | View Item |
| ⊕ | fast shipping, item perfect many thanks | monney67 ( 64 ⭐ ) | Feb-27-08 17 |
| | TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J (#310012107739) | US $200.00 | View Item |
| ⊕ | Excellent to deal with and product exactly as described. Top Marks again ! | velox44 ( 70 ⭐ ) | Feb-26-08 19 |
| | TELEMECANIQUE / SQUARED GV2-ME10 4-6.3 A "NEW" 4 Pcs (#310016606092) | US $100.00 | View Item |
| ⊕ | great communication, great deal, as described, prompt & well packed, A+! | drsolve ( 349 ⭐ ) | Feb-25-08 20 |
| | TELEMECANIQUE "NEW" LC1D1810F7 CONTACTOR 5 UNITS (#310019937623) | US $125.00 | View Item |
| ⊕ | Great Ebayer A +++++++++++++++++++++++++++++++ | dj3g (private) | Feb-23-08 09 |
| | Telemecanique ZB2BE101 & ZB2BE102 Contact Blocks New (#270089564905) | US $50.00 | View Item |
| ⊕ | As described. Thanks A+++++ | jpichardo14 ( 110 ⭐ ) | Feb-22-08 19 |
| | OMRON "NEW" CPM1A PLC SPECIAL 5 UNITS (#310023769609) | US $500.00 | View Item |
| ⊕ | Item as described, excellent eBay'er | dwarner301 ( 130 ⭐ ) | Feb-22-08 10 |
| | CA2-KN22 F7 COIL 4 POLE MINI-CONTROL RELAY 40-UNITS (#310023752075) | US $120.00 | View Item |
| ⊕ | Item as described, excellent eBay'er | dwarner301 ( 130 ⭐ ) | Feb-22-08 10 |
| | CA2-KN40 F7 COIL 4 POLE MINI-CONTROL RELAY 50-UNITS (#310023742227) | US $150.00 | View Item |
| ⊕ | Great Ebayer A ++++++++++++++++++++++ | 1man-5women ( 4113 ⭐ ) | Feb-21-08 18 |
| | TELEMECANIQUE ZB2BD2 2-POSITION SELECTOR SWITCH 25 PCS (#310019938753) | US $125.00 | View Item |
| ⊕ | Great Ebayer A ++++++++++++++++++++++ | 1man-5women ( 4113 ⭐ ) | Feb-21-08 18 |
| | TELEMECANIQUE ZB2BA2 PUSHBUTTON "NEW" 50 PCS. (#310019935009) | US $150.00 | View Item |
| ⊕ | Very nice item Thanks for the great deal. Great Ebayer A+++ | | Feb-21-08 12 |

| | | | |
|---|---|---|---|
| | | swiperfox01 ( 476 ⭐ ) | |
| | TELEMECANIQUE / SQUARED LC1D09G7 CONTACTORS 10--UNITS (#310018394500) | US $125.00 | View Item |
| ➕ | Very nice item Thanks for the great deal. Great Ebayer A+++ | swiperfox01 ( 476 ⭐ ) | Feb-21-08 12 |
| | TELEMECANIQUE / SQUARED LC1D09G7 CONTACTORS 10--UNITS (#310018054396) | US $125.00 | View Item |
| ➕ | Thank you! | roland021571 ( 13 ⭐ ) | Feb-21-08 09 |
| | OMRON TYPE LIMIT SWITCH "NEW" D4D-2120 10-UNITS (#310022467595) | US $125.00 | View Item |
| ➕ | great relays, well packed, smooth transaction | laurelmountainman ( 177 ⭐ ) | Feb-16-08 11 |
| | OMRON MY4N 110 VAC GENERAL PURPOSE RELAYS, 50 PCS, New (#310022138561) | US $125.00 | View Item |
| ➕ | great relays, well packed, smooth transaction | laurelmountainman ( 177 ⭐ ) | Feb-16-08 11 |
| | OMRON PYF-14A RELAY SOCKETS FOR MY4 TYPE RELAYS (#310021756198) | US $100.00 | View Item |
| ➕ | Items were as described and packaged well. | gotbs ( 181 ⭐ ) | Feb-15-08 17 |
| | NAIS AZ8108 VL MINI LIMIT SWITCH "NEW" 12 PCS. 5 A (#310019169415) | US $100.00 | View Item |
| ➕ | A+, good communiation, fast shipping | radio957 ( 108 ⭐ ) | Feb-15-08 16 |
| | LE1-D65 MAGNETIC MOTOR STARTER W/ 240V COIL (#310021302055) | US $75.00 | View Item |
| ➕ | Items as advertised, Fast shipping, A+++ seller | nlwaring ( 90 ⭐ ) | Feb-15-08 02 |
| | TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J (#310019935266) | US $200.00 | View Item |
| ➕ | thanks | steve_russo19box ( 33 ⭐ ) | Feb-14-08 19 |
| | TELEMECANIQUE / SQUARED LC1D2510G7 CONTACTOR 5 PCS (#310016054808) | US $125.00 | View Item |
| ➕ | Thanks! | sale211 ( 1224 ⭐ ) | Feb-14-08 14 |
| | TELEMECANIQUE DL1CE024 INCANDESCENT REPLACEMENT LAMPS (#310019933724) | US $50.00 | View Item |

| | | | |
|---|---|---|---|
| ➕ | smooth transaction, well packed, great deal, A++++++++++ | laurelmountainman ( 177 ⭐ ) | Feb-13-08 18 |
| | OMRON MY4N 110 VAC GENERAL PURPOSE RELAYS, 50 PCS, New (#310020526350) | US $125.00 | View Item |
| ➕ | smooth transaction, well packed, great deal, A++++++++++ | laurelmountainman ( 177 ⭐ ) | Feb-13-08 18 |
| | OMRON PYF-14A RELAY SOCKETS FOR MY4 TYPE RELAYS (#310019933927) | US $100.00 | View Item |
| ➕ | Great product, fast shipping, highly recommend | ghw ( 1093 ⭐ ) | Feb-12-08 18 |
| | "NEW" INDUSTRIAL SAFETY FOOT SWITCH DOUBLE PEDAL 2pcs (#310019896851) | US $50.00 | View Item |
| ➕ | as described | accretia ( 92 ⭐ ) | Feb-10-08 14 |
| | TELEMECANIQUE ZB2BJ2 2-POSITION SELECTOR EXTENDED (#310015430593) | US $100.00 | View Item |
| ➕ | as promised | accretia ( 92 ⭐ ) | Feb-10-08 14 |
| | TELEMECANIQUE ZB2BT4 NEW E-STOP RED MUSHROOM 100 PCS. (#310015909250) | US $400.00 | View Item |
| ➕ | as described | accretia ( 92 ⭐ ) | Feb-10-08 14 |
| | TELEMECANIQUE ZB2BD3 3-POSITION SELECTOR SWITCH (#270112013635) | US $50.00 | View Item |
| ➕ | good transaction | accretia ( 92 ⭐ ) | Feb-10-08 14 |
| | TELEMECANIQUE LC1D25008 F7 CONTACTOR" NEW" (5)-UNITS (#310014265081) | US $125.00 | View Item |
| ➕ | good and quick | jessyet ( 65 ⭐ ) | Feb-09-08 19 |
| | TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J (#310017467601) | US $200.00 | View Item |
| ➕ | good and quick | jessyet ( 65 ⭐ ) | Feb-09-08 19 |
| | TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J (#310017467234) | US $200.00 | View Item |
| ➕ | Great transaction,Thanks | bptpartsrus ( 1716 ⭐ ) | Feb-09-08 19 |
| | TELEMECANIQUE "NEW" LR2D1314 OVERLOAD RELAY 3-PCS (#310019936106) | US $50.00 | View Item |

| | | | |
|---|---|---|---|
| ⊕ | America's largest surplus dealer wishes to thank you for business "well done". | gwenrich ( 6334 ⭐ ) | Feb-07-08 10 |
| | TELEMECANIQUE ZB2BD2 2-POSITION SELECTOR SWITCH 25 PCS (#310011816505) | US $125.00 | View Item |
| ⊕ | America's largest surplus dealer wishes to thank you for business "well done". | gwenrich ( 6334 ⭐ ) | Feb-07-08 10 |
| | TELEMECANIQUE DL1CE024 INCANDESCENT REPLACEMENT LAMPS (#310011935674) | US $50.00 | View Item |
| ⊕ | America's largest surplus dealer wishes to thank you for business "well done". | gwenrich ( 6334 ⭐ ) | Feb-07-08 10 |
| | TELEMECANIQUE ZB2BA2 PUSHBUTTON "NEW" 50 PCS. (#310012201187) | US $150.00 | View Item |
| ⊕ | America's largest surplus dealer wishes to thank you for business "well done". | gwenrich ( 6334 ⭐ ) | Feb-07-08 10 |
| | TELEMECANIQUE ZB2BT4 NEW E-STOP RED MUSHROOM 50 PCS. (#310012234927) | US $225.00 | View Item |
| ⊕ | A+, good communiation, fast shipping | radio957 ( 108 ⭐ ) | Feb-07-08 10 |
| | TELEMECANIQUE / SQUARED LE1-D65 MAGNETIC MOTOR STARTER (#310017734243) | US $75.00 | View Item |
| ⊕ | all ok thanks | comet750 ( 142 ⭐ ) | Feb-05-08 14 |
| | TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J (#310009358711) | US $200.00 | View Item |
| ⊕ | all ok thanks | comet750 ( 142 ⭐ ) | Feb-05-08 14 |
| | TELEMECANIQUE "NEW" LIMIT SWITCH HEAVY DUTY XCK-J (#310009358584) | US $200.00 | View Item |
| ⊕ | all ok thanks | comet750 ( 142 ⭐ ) | Feb-05-08 14 |
| | TELEMECANIQUE / SQUARED LC1D65008F7 CONTACTOR 2-PCS NEW (#310009035259) | US $75.00 | View Item |
| ⊕ | all ok thanks | comet750 ( 142 ⭐ ) | Feb-05-08 14 |
| | TELEMECANIQUE / SQUARED LC1D2510G7 CONTACTOR 5 PCS (#310008940873) | US $125.00 | View Item |
| ⊕ | Thanks for the quick delivery. Great doing business with you. | in-deep ( 779 ⭐ ) | Feb-05-08 13 |

| | | | |
|---|---|---|---|
| | "NEW" INDUSTRIAL SAFETY FOOT SWITCH DOUBLE PEDAL 2pcs (#310017465617) | US $50.00 | View Item |
| ⊕ | Great seller | trikster99 ( 117 ⭐ ) | Feb-05-08 12 |
| | Telemecanique ZB2BE101 & ZB2BE102 Contact Blocks New (#270089564905) | US $50.00 | View Item |
| ⊕ | Super Duper Seller and Fast Delivery | bptpartsrus ( 1716 ⭐ ) | Feb-04-08 17 |
| | TELEMECANIQUE "NEW" LR2D1314 OVERLOAD RELAY 3-PCS (#310018054674) | US $50.00 | View Item |
| ⊕ | Great seller. No problems. Thanks | sdsds1059 ( 208 ⭐ ) | Feb-04-08 05 |
| | OMRON ZEN TYPE LIMIT SWITCH "NEW" 10-UNITS (#310015922481) | US $125.00 | View Item |
| ⊕ | As described! Very fast shipping! Thanks! | oeservicesinc ( 7 ) | Feb-02-08 09 |
| | TELEMECANIQUE / SQUARED LRD14 OVERLOAD RELAY "NEW" (#310016865225) | US $50.00 | View Item |
| ⊕ | As described! Very fast shipping! Thanks! | oeservicesinc ( 7 ) | Feb-02-08 09 |
| | TELEMECANIQUE "NEW" LR2D1314 OVERLOAD RELAY 3-PCS (#310016852295) | US $50.00 | View Item |
| ⊕ | As described! Very fast shipping! Thanks! | oeservicesinc ( 7 ) | Feb-02-08 09 |
| | TELEMECANIQUE "NEW" LR2D1314 OVERLOAD RELAY 3-PCS (#310016852005) | US $50.00 | View Item |
| ⊕ | Quick and easy transaction. Fast shipping. A++++ | in-deep ( 779 ⭐ ) | Feb-02-08 02 |
| | NAIS/AROMAT STYLE LIMIT SWITCH "NEW" TZ-8104 10-UNITS (#310016057474) | US $75.00 | View Item |
| ⊕ | a++++++++++++++++++++++++++++ | dllinc2007 ( 15 ⭐ ) | Feb-01-08 10 |
| | "NEW" INDUSTRIAL SAFETY FOOT SWITCH DOUBLE PEDAL 2pcs (#270183256435) | US $50.00 | View Item |
| ⊕ | As described and fast shipping! Thanks! | oeservicesinc ( 7 ) | Jan-31-08 11 |
| | TELEMECANIQUE / SQUARED LC1D09G7 CONTACTORS 10--UNITS (#310017743581) | US $125.00 | View Item |
| ⊕ | Item arrived in brand new, perfect condition. Great seller will buy again! | 2_many_toyz ( 175 ⭐ ) | Jan-30-08 18 |
| | TELEMECANIQUE "NEW" LR2D3353 OVERLOAD RELAY 2-PCS (#310016849136) | US $50.00 | View Item |
| ⊕ | Perfect! Thank you! | | Jan-28-08 18 |

|   |   |   |   |
|---|---|---|---|
| | | ludmil2006 ( 151 ⭐ ) | |
| | TELEMECANIQUE / SQUARED LRD10 OVERLOAD RELAY "NEW" (#310015517712) | US $75.00 | View Item |
| ➕ | Perfect! Thank you! | ludmil2006 ( 151 ⭐ ) | Jan-28-08 18 |
| | TELEMECANIQUE / SQUARED LRD06 OVERLOAD RELAY "NEW" (#310015515275) | US $75.00 | View Item |
| ➕ | Perfect! Thank you! | ludmil2006 ( 151 ⭐ ) | Jan-28-08 18 |
| | TELEMECANIQUE / SQUARED LA1DN22 AUX. CONTACT NEW-10 Pcs (#310015509604) | US $50.00 | View Item |
| ➕ | Excelent product! | ludmil2006 ( 151 ⭐ ) | Jan-28-08 18 |
| | "NEW" INDUSTRIAL SAFETY FOOT SWITCH--SINGLE PEDAL 2pcs (#310015505260) | US $50.00 | View Item |
| ➕ | great ebayer thanks | wwilson1953 ( 722 ⭐ ) | Jan-24-08 15 |
| | AROMAT TYPE LIMIT SWITCH "NEW" EXTENDED LEVER 10-PCS (#310016057377) | US $125.00 | View Item |
| ➕ | Thanks | 500v10 ( 568 ⭐ ) | Jan-24-08 13 |
| | Telemecanique Limit switch XCMA-102 NEW IN THE BOX (#270089563248) | US $50.00 | View Item |
| ➕ | Excellent to deal with and product exactly as described. Top Marks | velox44 ( 70 ⭐ ) | Jan-24-08 12 |
| | TELEMECANIQUE / SQUARED GV2-ME10 4-6.3 A "NEW" 4 Pcs (#310013902917) | US $75.00 | View Item |
| ➕ | Excellent Service, Better than my local vendor. Will be back for more transactio | nairb_42 ( 9 ) 👥 | Jan-23-08 16 |
| | TELEMECANIQUE ZB2BE101 & ZB2BE102 CONTACT BLOCKS "NEW" (#310014160083) | US $125.00 | View Item |
| ➕ | received item with no problems thanks alot!!!!!!!!!!!! | hiplains04 ( 1059 ⭐ ) | Jan-23-08 12 |
| | TELEMECANIQUE / SQUARED LC1D12G7 (8)--NEW UNITS (#310015404470) | US $125.00 | View Item |
| ➕ | Very responsible seller. Fast shipping. | netzrim ( 543 ⭐ ) | Jan-23-08 10 |

| TELEMECANIQUE ZB2BZ105 (#270089574339) | US $65.00 | View Item |

Items per page: 25 | 50 | **100** |

**Page 1** of 14    ← Previous  **1** | 2 | 3 | 4 | 5 | 6 | 7  Next →    Go to page

**What would you like to do next?**

- Leave Feedback
- Reply to Feedback received
- Follow up to Feedback left

Feedback Forum | Discussion Boards | Groups | Answer Center | Chat Rooms | Community Values

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time