# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6294 | **DATE** | 7/22/2008 |
| **CASE TITLE** | SQUARE D. COMPANY, et al vs. ELECTRONIC SOLUTIONS, INC., et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. Defendants shall comply with outstanding discovery by August 2, 2008. We will deal with sanctions after discovery has been completed.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|